**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CONNIE REGULI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:24-cv-00694 |
| | ) Judge Trauger |
| JOSEPH A. WOODRUFF, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Given the extension of the dispositive motion deadline granted by the Magistrate Judge (Doc. No. 144), the trial of this case scheduled for September 8, 2026 before Judge Trauger is being rescheduled for July 20, 2027 by separate order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge