**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CONNIE REGULI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No.  3:24-cv-00694 |
| | )  Judge Trauger |
| JOSEPH A. WOODRUFF, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER RESETTING TRIAL

It is hereby ORDERED that this case is reset for a jury trial before Judge Trauger on

July 20, 2027 at 9:00 a.m. in Courtroom 6C, United States Courthouse, 719 Church Street,

Nashville, Tennessee.

It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference,

rule on all motions in limine, and enter a pretrial order.   He shall assist the plaintiff with the

preparation of subpoenas, discuss exhibits, and all other matters necessary for having the case

prepared to be tried on the date set.

The Magistrate Judge has been managing this case.   If he considers it appropriate to

appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge