CONNIE REGULI,

    Plaintiff,

v.

JOSEPH A. WOODRUFF, et al.,

    Defendants.

Case No. 3:24-cv-00694

Judge Aleta A. Trauger
Magistrate Judge Luke A. Evans

## ORDER

This matter is set for trial before Judge Trauger on July 20, 2027 at 9:00 a.m. (Doc. No. 146.) The Court has referred this matter to the Magistrate Judge to conduct a pretrial conference. (Doc. Nos. 55, 146.) The pretrial conference is hereby SET for July 12, 2027 at 9:00 a.m., in Courtroom 5A, United States Courthouse, 719 Church, Nashville, Tennessee.

Motions in limine shall be filed by June 14, 2027. Any responses shall be filed by June 21, 2027.

Defendant is instructed to prepare a proposed final pretrial order which shall contain the following information: (1) a statement of the basis for jurisdiction in this Court; (2) a short summary of Plaintiff's theory of liability; (3) a short statement of Defendant's theory of liability; (4) a statement of issues to be decided by the jury and by the Court; (5) a statement of the relief sought by both parties; (6) a summary of anticipated evidentiary disputes; and (7) an estimate of the anticipated length of trial. Defendant shall also include a list of the witnesses Defendant expects to call at trial and a list of proposed exhibits. Defendant shall file and serve Plaintiff with the proposed final pretrial order and its list of witnesses and exhibits on or before June 28, 2027.

Plaintiff is instructed to review the proposed final pretrial order before the pretrial conference to determine what, if any, changes or additions Plaintiff may wish to make. Plaintiff shall be prepared to discuss any proposed amendments to the pretrial order at the pretrial conference. The pretrial order will be finalized at the pretrial conference and entered thereafter.

Plaintiff shall file a list of proposed witnesses, their addresses, and their anticipated testimony with the Court at least one week before the pretrial conference, on or before July 6, 2027. Plaintiff shall also file a list of proposed trial exhibits on or before July 6, 2027.

Plaintiff and Defendant are advised that no exhibits or witnesses will be allowed at trial if they are not included in the pretrial order.

Notwithstanding these instructions, the parties may confer before the pretrial conference and jointly submit a proposed pretrial order at least one week before the pretrial conference if they choose to do so. If the parties submit a joint proposed pretrial order, it shall contain lists of witnesses and proposed trial exhibits as set out above for all parties.

The parties shall be prepared to discuss undisputed facts and issues, exhibits, testimony, motions in limine, jury instructions, and settlement at the pretrial conference.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge

2