# EXHIBIT A

| | |
|---|---|
| **From:** | Spainhour, Fritz |
| **To:** | Family Forward |
| **Cc:** | Stephens, Mike; Sacks, Marlee |
| **Subject:** | RE: Overdue Response to Interrogatory |
| **Date:** | Friday, August 7, 2026 9:53:47 AM |

Ms. Reguli,

Having received no response to the below, we intend to move for sanctions under Rule 37 on Monday if you do not comply with the Court's order today.

I see that you just filed a motion to stay (three weeks after the Magistrate Judge's order). But as I conveyed Monday, the Local Rules specifically provide that there is no stay of the Magistrate Judge's order "absent a stay *granted* by the Magistrate Judge or the District Judge." Local Rule 72.01(c) (emphasis added).

There is no basis for your continued violation of the Court's order. Please provide your response to Interrogatory 1 today so that we can avoid filing a motion for sanctions.

Thank you,
Fritz

**Fritz Spainhour**
Partner | Bradley
fspainhour@bradley.com
615.252.3821

**From:** Spainhour, Fritz
**Sent:** Thursday, August 6, 2026 9:36 AM
**To:** 'Family Forward' <connie.familyforward@gmail.com>
**Cc:** Stephens, Mike <MStephens@bradley.com>; Sacks, Marlee <msacks@bradley.com>
**Subject:** RE: Overdue Response to Interrogatory

Your email is not responsive to mine. You have not responded to Interrogatory 1 as ordered by the Court. Are you going to do so today, or will we need to seek further intervention from the Court? We have already completed discovery dispute process under the Local Rules, and you have failed to comply with the Court's order.

I will address your questions about other issues in a separate communication.

**Fritz Spainhour**
Partner | Bradley
fspainhour@bradley.com
615.252.3821

**From:** Family Forward <connie.familyforward@gmail.com>

**Sent:** Thursday, August 6, 2026 9:12 AM
**To:** Spainhour, Fritz <fspainhour@bradley.com>
**Subject:** Re: Overdue Response to Interrogatory

Mr. Spainhour

I have not received your responses to the requests for admissions on the authentication of the financial records I sent you on July 3, 2026. Please advise.

I also need to know if you intend to pose for the deposition on Judge Woodruff on August 11, 2026 according to your notice given that he has filed to quash the subpoena.

I previously gave notice that my deposition notice would be revised after the deadline was extended, therefore, to confirm I do not intend to proceed next week with oral depositions.

I am working with a tech to be able to scan documents responsive to your discovery, but if you want to view them before, please let me know and we can make arrangements. I assumed you would want the electronic copies.

Finally, you intend to file a Rule 37 motion, instead of seeking the resolution of a discovery dispute as required under the rules?

Regards,

Connie Reguli

On Mon, Aug 3, 2026 at 1:00 PM Spainhour, Fritz <fspainhour@bradley.com> wrote:

> Ms. Reguli,
>
> As you know, Magistrate Judge Evans ordered you to respond to Interrogatory 1 by last Friday, July 31. We have not received your response. We note you filed objections to the Magistrate Judge's ruling, but under Local Rule 72.01(c), those objections did not stay your obligation to comply with the Court's order.

Please provide your complete response by tomorrow. If Layton and CASA are forced to file a motion to compel your compliance with the Court's order, they will be entitled to their fees and expenses incurred in making the motion under Rule 37(a)(5).

Thank you,
Fritz



**Fritz Spainhour**
Partner
e: fspainhour@bradley.com w: bradley.com
d: 615.252.3821 f: 615.248.3025
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

--
Connie Reguli - Family Forward Project
connie.familyforward@gmail.com
615-478-8333