# EXHIBIT 4

**From:** Spainhour, Fritz
**Sent:** Tuesday, June 23, 2026 11:30 AM
**To:** Family Forward
**Cc:** Sacks, Marlee
**Subject:** RE: Reguli v Woodruff et al - discovery

Ms. Reguli,

We put them in the mail on Friday. As I said last week, I am happy to email them to you and save everyone the trouble of mailing, if you will consent to email service for the duration of the case. If you prefer service by mail, then we are at the mercy of the postal service.

Please also see Marlee's email from Friday with a proposed protective order. We need to get that entered to facilitate the production of confidential information.

Thanks,
Fritz

**Fritz Spainhour**
Partner | Bradley
fspainhour@bradley.com
615.252.3821

---

**From:** Family Forward <connie.familyforward@gmail.com>
**Sent:** Tuesday, June 23, 2026 11:22 AM
**To:** Spainhour, Fritz <fspainhour@bradley.com>
**Subject:** Reguli v Woodruff et al - discovery

Mr. Spainhour

I have not received your discovery responses which I understood you to say you mailed on Friday June 19, 2026.

This is Tuesday June 23, 2026.

Please advise.

--
Connie Reguli - Family Forward Project
connie.familyforward@gmail.com
615-478-8333