Dana C. McLendon III
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
dana@danamclendonlaw.com

16 May 2022

Joseph A. Woodruff
Chancellor/Circuit Judge: Division I
135 4th Avenue South
Suite 286
Franklin TN 37064

Re: *Reguli v. Mayor Rogers Anderson*
Chancery Court of Williamson County 22 CV 51293W

Dear Judge Woodruff,

In response to your letter dated 29 April 2022 to Williamson County CASA, please find enclosed an affidavit executed by Emily Layton, Executive Director of Williamson County CASA.

C: Connie Reguli
1646 Westgate Circle
Suite 101
Brentwood TN 37027

IN THE CHANCERY COURT OF WILLIAMSON COUNTY, TENNESSEE

RE: PUBLIC RECORDS REQUEST ON
WILLIAMSON COUNTY

CONNIE REGULI

NO 22 CV 51293

MAYOR ROGERS ANDERSON OF
WILLIAMSON COUNTY, TENNESSEE

AFFIDAVIT OF EMILY LAYTON

State of Tennessee
County of Williamson

Emily Layton, an adult, makes the following affidavit upon her personal knowledge and under penalty of perjury:

1. My name is Emily Layton. I am the Executive Director of Williamson County CASA.
2. I have reviewed an excerpt of the testimony given by Connie Reguli before this court in this case on 26 April 2022. That excerpt concerned Ms. Reguli's testimony that she had paid $3,145.50 in attorneys fees to CASA as part of this court's sanctions imposed in 2014. Ms. Reguli testified with certainty that she had paid that sanction to CASA although she was unable to say precisely when.
3. Williamson County CASA's regularly maintained business records reflect that at no time has Connie Reguli paid to CASA any amount of money for any reason.
4. There is no record of Ms. Reguli paying the $3,145.50 in sanctions, in whole or in part, in any record maintained by Williamson County CASA.
5. Further affiant sayeth not.

Emily Layton

Emily Layton

Sworn and subscribed before me this 11 day of May, 2022.

Amanda Jackson

Notary Public
My commission expires: Feb. 28, 2026

AMANDA JACKSON
STATE OF TENNESSEE NOTARY PUBLIC
COUNTY OF WILLIAMSON
MY COMM. EXP. FEB. 28, 2026