IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| **Plaintiff,** | ) | **Case No. 3:24-cv-00694** |
| | ) | **Judge Aleta A. Trauger** |
| **v.** | ) | **Magistrate Judge Luke A. Evans** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | |
| **Defendants.** | ) | **JURY DEMAND** |

**DECLARATION OF DANA C. McLENDON III**

Pursuant to 28 U.S.C. § 1746, Dana C. McLendon III declares as follows:

1. I am the defendant Dana McLendon in this action. I am over eighteen years of age, and I make this declaration from personal knowledge.

2. Exhibit 1 to the accompanying reply is a true and correct copy of the letter I signed on May 16, 2022, transmitting the affidavit of Emily Layton to Judge Joseph A. Woodruff in *Reguli v. Mayor Rogers Anderson*, No. 22 CV 51293W (Chancery Court of Williamson County, Tennessee), together with a true and correct copy of that affidavit.

3. As the copy block on the letter reflects, on or about May 16, 2022, I personally addressed, stamped, and placed in the mail a copy of the letter, with the Layton affidavit enclosed, to Connie Reguli, 1646 Westgate Circle, Suite 101, Brentwood TN 37027, which was her office address at that time.

4. I would not have transmitted and did not send the Layton affidavit to Judge Woodruff without contemporaneously sending a copy to Ms. Reguli, and the copy block on the letter reflects that I did so.

5. The copy mailed to Ms. Reguli was never returned to me as undeliverable or otherwise.

I declare under penalty of perjury that the fcregoing is true and correct.

Executed on 26 August 2026.

Dana C. McLendon III