IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
NASHVILLE DIVISION

CONNIE REGULI

Plaintiff

v..

JOSEPH A. WOODRUFF, ET AL

Defendants

Case No. 3:24-cv-00694
Judge Trauger
Magistrate Judge Newbern
Jury Demand

**DANA MCLENDON'S RESPONSES TO PLAINTIFF CONNIE REGULI'S REQUEST FOR WRITTEN DISCOVERY FROM THE DEFENDANTS EMILY LAYTON, CASA OF WILLIAMSON COUNTY, INC, DANA MCLENDON, JOHN STEPHENS, AND KIMBERLY HELPER (ESTATE OF)**

## I. General questions for all defendants

1. Consistent with Federal Rules of Civil Procedure 26(a), please provide the following:

(i) the name and, if known, the address and telephone number of each **individual** likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

RESPONSE:

I anticipate the current or former parties to this litigation would have knowledge of what did – and did not – happen. I don't have the telephone numbers of any of the parties in this suit. The addresses are, I presume, where they were served, but I have no independent knowledge of their addresses. There are a number of individuals identified in the complaint that may also have information relevant to this case, but I don't know what they do or don't know about the averments in the complaint.

As I recall, she told me CASA had no record of any payment from plaintiff to CASA. I prepared a short affidavit reciting that and sent it back to her. I did not notarize it. I don't recall how I got it back from her, but I must have because I sent a cover letter and the affidavit back to Judge Woodruff and sent a copy to plaintiff at the same time. I believe I sent the original to Judge Woodruff and a copy to plaintiff. I kept only a digital copy. A copy of my return cover is attached.

D. Describe your relationship with Judge Sharon Guffee and her family member, in particulate, your prior work with Guffee as lawyers, the appeals filed with Guffee, the relationship and activities with her husband, John Guffee, your relationship with Megan Guffee, the number of appointments for attorney services you have from Sharon Guffee from January 2018 through June 2023.

RESPONSE:

I do not know when or how I met Judge Guffee. We have both been practicing in Williamson County for many years. I have met her daughter, Megan, because she lives in my neighborhood (or at least did) and represents this district on the county commission.

I can't remember when or for exactly how long, but for a while before Judge Guffee went on the bench we rented offices in the same building. When she became a judge, I recall she referred one case to me for an appeal, and maybe one or a few others in trial court. I don't know how many times Judge Guffee has appointed me to any case, but I would guess fewer than five, for which I do not recall ever seeking payment. I can think of only one appointment I know of for sure, that was earlier in 2025. I was not paid and will not seek payment for that appointment.

I was not involved in Judge Guffee's campaign, though I did support her publicly and I did have her as a guest on my podcast in advance of the election.

I am not sure I ever met John Guffee, but if I did I don't recall it. He has been deceased for some time.

I have never been to Judge Guffee's home or socialized with her outside of court, civic functions attended by dozens or hundreds of people. or by happenstance in passing at a restaurant.

E. **Asset inquiry for punitive damages:** Describe your current financial status, including your ownership of real and personal property, assets held in financial institutions, assets held in stocks, bonds, certificates of deposition, certificates of title, liens, accounts receivable, judgments in favor of yourself not yet collected, partnerships, memberships in limited liability companies, stocks in any public or private corporation, limited partnership interests, fine jewelry, antiques,

Certificate of Service

The undersigned certifies that the foregoing was served on May 28, 2025 by United States mail upon:

Connie Reguli
8015 Wikle Road East
Brentwood TN 37027
*Plaintiff Pro Se*

Mary Elizabeth McCullohs
Jacobs M. Gilbert
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville TN 37202-0207
Mary.McCullohs@ag.tn.gov
*Attorneys for Estate of Kim Helper and John Stephens*

Fritz Spainhour
BRADLEY ARANT BOULT CUMMINGS LLPS
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3814
cblair@bradley.com
mstephens@bradley.com
*Attorneys for Williamson County CASA, Inc. and Emily Layton*

*/s/ Dana C. McLendon III*

Dana C. McLendon III
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
dana@danamclendonlaw.com

16 May 2022

Joseph A. Woodruff
Chancellor/Circuit Judge: Division I
135 4th Avenue South
Suite 286
Franklin TN 37064

Re: *Reguli v. Mayor Rogers Anderson*
Chancery Court of Williamson County 22 CV 51293W

Dear Judge Woodruff,

In response to your letter dated 29 April 2022 to Williamson County CASA, please find enclosed an affidavit executed by Emily Layton, Executive Director of Williamson County CASA.

C: Connie Reguli
1646 Westgate Circle
Suite 101
Brentwood TN 37027