**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

## EXHIBITS

1. Woodruff order - Dec. 2, 2022
2. Letter McLendon regarding his representation of Marianne Schroer/CASA
3. McLendon's discovery response re podcast McLendon and Guffee (excerpts)
4. April 29, 2022 - Letter Woodruff
5. May 11, 2022 - CASA sworn statement
6. June 5, 2023 - CASA response to subpoena - Miss Income
7. May 2, 2022 letter Layton and Text Exchange Layton / McLendon
8. Network for Good printout - Connie Reguli, 1620 Westgate Circle
9. CASA response to Request for Admissions on Financial Records
10. CASA IRS 990 forms excepts - 2020 and 2021 - Emily Layton filed
11. Judge Woodruff's Oaths of Office - 2014 - 2022