5. May 11, 2022 - CASA sworn statement

IN THE CHANCERY COURT OF WILLIAMSON COUNTY, TENNESSEE

| | |
|---|---|
| RE: PUBLIC RECORDS REQUEST ON WILLIAMSON COUNTY<br><br>CONNIE REGULI<br><br><br>MAYOR ROGERS ANDERSON OF WILLIAMSON COUNTY, TENNESSEE | NO 22 CV 51293 |

AFFIDAVIT OF EMILY LAYTON

State of Tennessee
County of Williamson

Emily Layton, an adult, makes the following affidavit upon her personal knowledge and under penalty of perjury:

1. My name is Emily Layton. I am the Executive Director of Williamson County CASA.
2. I have reviewed an excerpt of the testimony given by Connie Reguli before this court in this case on 26 April 2022. That excerpt concerned Ms. Reguli's testimony that she had paid $3,145.50 in attorneys fees to CASA as part of this court's sanctions imposed in 2014. Ms. Reguli testified with certainty that she had paid that sanction to CASA although she was unable to say precisely when.
3. Williamson County CASA's regularly maintained business records reflect that at no time has Connie Reguli paid to CASA any amount of money for any reason.
4. There is no record of Ms. Reguli paying the $3,145.50 in sanctions, in whole or in part, in any record maintained by Williamson County CASA.
5. Further affiant sayeth not.

Emily Layton
Emily Layton

Sworn and subscribed before me this 11 day of May, 2022.

Amanda Jackson
Notary Public
My commission expires: Feb. 28, 2026

AMANDA JACKSON STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF WILLIAMSON MY COMM. EXP. FEB. 28, 2026