7. May 2, 2022 letter Layton and Text Exchange Layton / McLendon

CASA
Court Appointed Special Advocates
FOR CHILDREN
WILLIAMSON COUNTY

Williamson County CASA, Inc.
P.O. Box 680774
Franklin, TN 37068-0774
(615) 591-2699 Fax: (615) 591-2824
www.WilliamsonCountyCASA.org

May 2, 2022

The Circuit Court of Tennessee
Twenty-First Judicial District, Division I
135 Fourth Avenue South, Suite 286
Franklin, TN 37064
Attn: The Honorable Judge Joseph A. Woodruff, Circuit Judge

**Re: Connie Reguli**

Judge Woodruff,

In response to your letter dated April 29, 2022, I have reviewed the regularly maintained business records and found no evidence of payment from Ms. Connie Reguli in the amount of $3,145.50.

If you require anything further, please advise.

Sincerely,

Emily Layton

Emily Layton
Executive Director, Williamson County CASA

This project is funded under a grant contract with the State of Tennessee and with the support of United Way

2:30

< 18



**Dana** >

iMessage
Encrypted

May 3, 2022 at 1 56 PM

Dana C. McLendon III

Dana@danamclendonlaw.-
com

I sent an e-mail your way

Got it

May 11, 2022 at 4:07 PM

Dropped it off

Delivered

Thanks.

+