8. Network for Good printout - Connie Reguli, 1620 Westgate Circle

# Contacts

All Contacts (/users) Edit (/users/2931437/edit)

## Ms. Connie Reguli

C(/users/2931437)

Manage household for Connie (/households/7652441/edit)

1620 Westgate Cir, Ste 150, Brentwood, TN 37027-8035(http://maps google com/?q=1620 Westgate Cir, Ste 150, Brentwood, TN 37027-8035)*(home)*

View custom fields (/user_profiles/2931437/custom_fields)

$1
$1
$1
$1
$1
$1
$0
$0
$0
$0
$0

**$0**
Year to Date

**$0**
Lifetime

**$0**
Average

## Interactions

Add New

### $ Giving

Add (/users/2931437/donations/new)

### Pledges

Add (/pledges/new?user_id=2931437)

### Tasks

Add (/users/2931437/tasks/new)

### Communication

Add

Send & Track Personal Email (mailto:?bcc=williamsoncountycasa@inbound dm.networkforgood com)

## Groups

2020 Virtual Voices Donors

2021 End of Year Donors

2021 Virtual Voices

2021 Virtual Voices 2021

2021 Virtual Voices VIP Ticket Purchasers

Advocates (August 2022)

Current Board Member

End of Year 2020 potential donors

Former Board Member

info@williamsoncountycasa.org

▸ Show More

## Relationships

Add (/users/2931437/relationships/new)

## Notes

Add (/users/2931437/notes/new)

## Recent Activity