11. Judge Woodruff's Oaths of Office - 2014 - 2022

# *Oath of Office*

*I, **Joseph A. Woodruff**, do solemnly swear that I will support the Constitution of the United States of America and the Constitution of the State of Tennessee, that I will administer justice without respect of persons, and that I will faithfully and impartially discharge all the duties incumbent upon me as Judge of the **Circuit and Chancery Courts, Division I, of the 21st Judicial District** of the State of Tennessee, to the best of my skill and ability, so help me God.*

*This the 26th day of August, 2022.*

______________________________
*JOSEPH A. WOODRUFF*

*I, **James G. Martin III, Circuit Judge, Division II, 21st Judicial District, State of Tennessee**, have this day administered the Oath of Office to **Joseph A. Woodruff, Judge of the Circuit and Chancery Courts, Division I, 21st Judicial District of the State of Tennessee**, as prescribed and required by law.*

*This the 26th day of August, 2022.*

______________________________
*JAMES G. MARTIN III*

RECEIVED

AUG 31 2022

Secretary of State
Division of Publications

# *Oath of Office*

*I, Joseph A. Woodruff, do solemnly swear that I will support the Constitution of the United States of America and the Constitution of the State of Tennessee, that I will administer justice without respect of persons, and that I will faithfully and impartially discharge all the duties incumbent upon me as Circuit Judge of Division I, of the 21st Judicial District of the State of Tennessee, to the best of my skill and ability, so help me God.*

*This the 29th Day of August, 2014*

*Joseph A. Woodruff*

*I, Paul G. Summers, have this day administered the Oath of Office to Joseph A. Woodruff, Circuit Judge of Division I, of the 21st Judicial District of the State of Tennessee, as prescribed and required by law.*

*This the 29th Day of August, 2014*

Paul Summers, Jr. J.

*Paul G. Summers, Sp. Judge*

2014 SEP -5 PM 4:04

12091200 1