IN THE MIDDLE DISTRICT COURT OF TENNESSEE
AT NASHVILLE, TENNESSEE

REGULI, Plaintiff v. Woodruff, et al, Defendants
Case 3:24-cv-00694
*When possible exhibits are reduced to only relevant portions.*

EXHIBIT 1 - Plaintiff's Discrepancy letter July 2, 2026 to CASA/Layton, see pg. 6.

EXHIBIT 2 - Plaintiff's Proposed Protective Order

EXHIBIT 3 - Plaintiff's Proposed Stipulation

EXHIBIT 4 - Plaintiff's Communication to Defense counsel - July 13, 2026

EXHIBIT 5 - Judge Woodruff April 29, 2022 ex parte letter

EXHIBIT 6 - Emily Layton's May 11, 2022 sworn statement

EXHIBIT 7 - Judge Woodruff Dec 2, 2022 order

EXHIBIT 8 - CASA's response to criminal court subpoena with miscellaneous income ledger

EXHIBIT 9 - Criminal Court case nolle

EXHIBIT 10 - Plaintiff discovery request to Layton - Responses

EXHIBIT 11 - CASA's Attorney Letter and Network for Good record July 16, 2026.

EXHIBIT 12 - CASA'S Attorney Letter and administrative procedures NFG July 13, 2026

EXHIBIT 13 - Plaintiff communication to Defense counsel dated September 2, 2026.

EXHIBIT 14 - Williamson County CASA, Inc. IRS 990 2019-2020, 2020-2021

EXHIBIT 15 - Williamson County CASA, Inc. Financial report.

EXHIBIT 16 - Williamson County CASA, Inc. response to Request for Admission on Financial records.

EXHIBIT 17 - News release on Plaintiff Reguli's arrest

EXHIBIT 18 - Williamson County CASA, Inc. public social media