IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**AGREED STIPULATION IN LIEU OF PRODUCTION REGARDING CONFIDENTIAL FINANCIAL DISCOVERY MATERIALS**

In this case, the parties, Plaintiff Connie Reguli, Defendant Emily Layton, Defendant Williamson County CASA, Inc., and Defendant Dana McLendon enter into this stipulation in lieu of producing the financial ledger of Williamson County CASA, Inc. for the time period of September 14, 2014 through May 11, 2022.

The parties agree that the ledger of individual receipts of monies received by Williamson County CASA, Inc. was NOT a business record reviewed by Defendant Emily Layton, or Tracy Barnes, or Lauren Roberts, or any agent of Williamson County CASA, Inc., nor was it reviewed by Defendant McLendon prior to or for the preparation of the sworn statement prepared by Dana McLendon and executed by Emily Layton on May 11, 2022 wherein Layton stated, in paragraph 3, "Williamson County CASA's regularly maintained business records reflect that at no time has Connie Reguli paid to CASA any amount of money for any reason," and paragraph 4, "There is no record of Ms. Reguli paying the $3,145.50 in sanctions, in whole or in part, in any record maintained by Williamson County CASA."

No defendants shall offer testimony or a witness who will otherwise tender evid

EXHIBIT 3

through testimony or otherwise that Emily Layton or any agent of Williamson County CASA, Inc. reviewed the ledger of receipts from September 14, 2014 through May 11, 2022 prior to the execution of sworn statement by Layton.

DATED ________________________ 2026.

______________________________________
MAGISTRATE JUDGE LUKE EVANS

Approved for entry:

Connie Reguli, pro se
8009 Shelly Plum Dr.
Murfreesboro, TN 37128
615 478 8333

Dana C. McLendon III
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
(615) 310-3195 phone/text
(615) 807-3790 fax
dana@danamclendonlaw.com
*Pro Se*

Michael J. Stephens
Charles Frederick Spainhour
BRADLEY ARANT BOULT CUMMINGS LLPS
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3814
fspainhour@bradley.com
mstephens@bradley.com
*Attorneys for Williamson County CASA, Inc. and Emily Layton*