*IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, TENNESSEE*
*AT FRANKLIN*

| | | |
|---|---|---|
| *STATE OF TENNESSEE* | } | |
| | } | |
| *VS.* | } | *DOCKET # W-CR-220457* |
| | } | |
| *CONNIE REGULI* | | |

<u>*ORDER OF NOLLE PROSEQUI*</u>

This matter came to be heard on the 14th day of June, 2023, where the State motioned this Court for entry of a Nolle Prosequi for the above-styled matter. That State, hereby noting its appreciation of the Franklin, Tennessee Court Appointed Special Advocates for Children (CASA) and its mission, notes its record keeping practices as lacking in its specificity of numerous general deposits since 2014. This lack of specificity leads the State to be unable at this time to fulfill its burden of proving the charge in the above-styled matter beyond a reasonable doubt. As a result, the State moved to Nolle Prosequi the above-styled matter. The Defendant did not object to the same, and this Honorable Court granted the same.

IT IS THEREFORE ORDERED that an entry of Nolle Prosequi be entered for the above-styled matter.

HONORABLE ROY MORGAN

APPROVED FOR ENTRY:

JOHN A. STEPHENS, BPR#034602
ASSISTANT DISTRICT ATTORNEY
200 Commerce St., Suite A
Clarksville, Tennessee 37040
(931) 648-5574

EXHIBIT
9