**Mike Stephens**
Partner
mstephens@bradley com
615.252.3814 direct

Bradley

July 13, 2026

**VIA US MAIL**

Connie Reguli
8009 Shelly Plum Drive
Murfreesboro, Tennessee 37128
Connie.familyforward@gmail.com

**RE: *Reguli v. Woodruff, et al.*, United States District Court for the Middle District of Tennessee, Case No. 3:24-cv-00694; Williamson County CASA, Inc. and Emily Layton's Production of Documents**

Dear Ms. Reguli:

This letter accompanies the production of documents by Defendants Williamson County CASA, Inc. ("CASA") and Emily Layton in response to your Requests for Written Discovery in the above-captioned matter.

CASA produces the documents Bates-labeled CASA_00001 through CASA_00014 and Layton produces the document Bates-labeled LAYTON_00001. CASA and Layton also produce the documents Bates-labeled WCSO_00001 through WCSO_00026, which reflect documents that CASA and Layton obtained from the Williamson County Sheriff's Office in response to a public records request. CASA and Layton applied the "WCSO_" Bates-labeling to the documents for identification purposes. Otherwise, WCSO_00001-00026 are a complete, accurate production of the documents received from the Williamson County Sherriff's Office.

This production is made subject to, and without waiver of, the objections and responses previously served by CASA and Layton in their respective written discovery responses, all of which are expressly reserved. As explained in our July 10, 2026 correspondence, additional responsive materials — including CASA's ledger of income and its insurance policy — will be produced upon the entry of a protective order. We renew our request that you provide comments to the proposed protective order we sent you on June 19, 2026, or advise us of your position.

CASA and Layton reserve the right to supplement or amend this production as discovery continues. Please contact me should you have any questions.

Sincerely,

Mike Stephens

EXHIBIT
12



Bradley Arant Boult Cummings LLP | ONE 22 ONE | 1221 Broadway, Suite 2400 | Nashville, TN 37203 | 615-244-2582 | bradley com

- Credentials: [redacted]
    - Username: [redacted]
    - Password: [redacted]
- Click "Account Access" to log in.
- Use CNM to sign up for professional development courses and post available jobs. If you need to remove a job posting, fill out the contact form on the CNM website letting them know the details of the posting and they will remove it for you.

Amazon Prime

- Login Credentials [redacted]
    - Username: [redacted]
    - Password: [redacted]
- You can order any basic supplies the office needs from Amazon. Just be sure to print out all receipts for the bookkeeper folder.

Printing Processes

- The customer service number for the printer is on the front. The printer is pretty user-friendly for any basic office needs such as scanning or printing.
- Occasionally the scan to email function breaks, reach out to Nova Tech first, but I also left a cheat sheet on how to reprogram it yourself in the top drawer of your filing cabinet.

General Office Maintenance

- Trash is picked up on Wednesday morning. Roll the trash out to the sidewalk on Tuesday afternoons, right on the edge of the street. If they do not pick it up, call the city to let them know sometimes they miss it.
- Emily schedules cleaning, and will let you know when they are supposed to come.
- Arrow Exterminators stops by to spray for bugs occasionally

## Development Support

Network For Good

https://williamsoncountycasa.dm.networkforgood.com/

- Login Credentials: [redacted]
    - Username [redacted]
    - Password: [redacted]
- To Change Account Information:
    - On left-hand side, click "Settings" and then "Admins"
    - Click "Edit to the right of "Tara Woodruff" and change to new Admin. Assistant's info.
- Responsibilities in NFG

- *NFG is very intuitive, but I will give you a few starter tips here! These are not full directions, but should help you become familiar. They also have a phenomenal "chat for help" aspect that floats on the lower right-hand corner of the screen*
- Enter all incoming donations
  - On left-hand side choose "Giving"
  - Click green "Add Donation" button and fill out all appropriate information.
    - If it is a check donation, in the "Payment Description" portion, include the check # and date it was written
    - If it is a grant or has specific fund restrictions, include those in the "Donation Notes"
  - For new donors, you must first create a contact. To check if they already are a contact, you can search on the "Giving" page or "Contacts"
  - All cash, square and ach payments (made through other websites such as Benevity and Your Cause) must also be entered in NFG.
    - The bookkeeper will share a monthly income report with you and the Director of Development at the end of the month to reconcile with NFG
- Assist Director of Development with stewardship activities
  - Send donation acknowledgments when appropriate (Emily and Courtney can help you determine this, generally all donations require an acknowledgement unless coming from a private donor fund)
  - From the "Giving" page, each donation either has a yellow exclamation mark (unacknowledged) or green check mark (acknowledged), hover over this icon to send or view sent acknowledgements. You can click "Send Email", "Send Letter", or "mark as acknowledged". If you choose send email it takes you to a page where you can choose from saved templates. Send Letter will take you to a similar page that allows you to download a printable pdf
    - Creating new Acknowledgement Templates (you must create templates for both letters and emails separately):
      - Email Templates: "Communications" → "Email Blasts" → "Templates" → "Add Template" → "Donation Acknowledgement"
      - Letter Templates: "Communications" → "Direct Mail" → "Templates" → "Add Template" → "Donation Acknowledgement"
    - You can also create copies of templates if you are going to recycle one but need it to be for a different time period.
- Create New Campaigns
  - Naming conventions is always "Year Event" for example, "2022 Twice Daily Playhouse Raffle". Non annual campaigns (i.e. general donation, 3rd



Case 3:24-cv-00694 Document 169-13 Filed 09/04/26 Page 3 of 3 PageID #: 1936
CASA_00002