EXHIBIT 3 - IRS FORM 990 FOR WILLIAMSON COUNTY CASA, INC. FOR TAX YEAR 2019.

EXHIBIT 14

efile Public Visual Render | ObjectId: 202130369349301503 - Submission: 2021-02-05 | TIN: 62-1583334

Form **990** Department of the Treasury Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2019**

Open to Public Inspection

A For the 2019 calendar year, or tax year beginning 07-01-2019 , and ending 06-30-2020

B Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

C Name of organization
Williamson County CASA Inc

Doing business as

Number and street (or P.O. box if mail is not delivered to street address) 1205 Columbia Avenue | Room/suite

City or town, state or province, country, and ZIP or foreign postal code
Franklin, TN 37064

D Employer identification number
62-1583334

E Telephone number

G Gross receipts $ 453,067

F Name and address of principal officer:

H(a) Is this a group return for subordinates? ☐ Yes ☑ No

H(b) Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

H(c) Group exemption number ▶

I Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

J Website: ▶ williamsoncountycasa.org

K Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶

L Year of formation 1993 | M State of legal domicile TN

## Part I Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:
Organization serves children who are abused or neglected in the Williamson County area by advocating for their welfare in the court system.

2 Check this box ▶ ☐

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 17 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 17 |
| 5 | Total number of individuals employed in calendar year 2019 (Part V, line 2a) | 5 | 10 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 83 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 39 | 7b | 0 |

| Section | | | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 410,926 | 344,619 |
| | 9 | Program service revenue (Part VIII, line 2g) | | 0 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 13,057 | 13,985 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 124,523 | 90,877 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 548,506 | 449,481 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3 ) | | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 340,658 | 320,876 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶87,342 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 101,899 | 89,668 |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 442,557 | 410,544 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 105,949 | 38,937 |

| Net Assets or Fund Balances | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| | 20 | Total assets (Part X, line 16) | 676,563 | 741,260 |
| | 21 | Total liabilities (Part X, line 26) | 36,238 | 59,000 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 640,325 | 682,260 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ Signature of officer — 2021-01-31 Date

▶ Emily Layton Executive Direc
Type or print name and title

Print/Type preparer's name | Preparer's signature | Date | Check ☑ if | PTIN P0041865?

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . ☐

| | | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| Assets | 1 | Cash–non-interest-bearing . . . . . . . . . | | 213,268 | 1 | 201,506 |
| | 2 | Savings and temporary cash investments . . . . . . . . . . . . | | | 2 | |
| | 3 | Pledges and grants receivable, net . . . . . . | | | 3 | |
| | 4 | Accounts receivable, net . . . . . . . . . . . . . . . . | | | 4 | |
| | 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . | | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | | 6 | |
| | 7 | Notes and loans receivable, net . . . . . . . . . . . . . . | | | 7 | |
| | 8 | Inventories for sale or use . . . . . . . . . . . . . . . . | | | 8 | |
| | 9 | Prepaid expenses and deferred charges . . . . . . . | | | 9 | 15,851 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a 13,081 | | | |
| | b | Less· accumulated depreciation | 10b 9,514 | 4,091 | 10c | 3,567 |
| | 11 | Investments—publicly traded securities . | | 459,204 | 11 | 520,336 |
| | 12 | Investments—other securities. See Part IV, line 11 . . . . . . | | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 . . | | | 13 | |
| | 14 | Intangible assets . . . . . . . . . . . . . . . . . . | | | 14 | |
| | 15 | Other assets. See Part IV, line 11 . . . . . . . . . . . . . . | | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | | 676,563 | 16 | 741,260 |
| Liabilities | 17 | Accounts payable and accrued expenses . . . . . . | | 36,238 | 17 | |
| | 18 | Grants payable . . . | | | 18 | |
| | 19 | Deferred revenue . . . . . . . . . . . | | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . . . . | | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . | | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | | 24 | 59,000 |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | | 36,238 | 26 | 59,000 |
| Net Assets or Fund Balances | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | | |
| | 27 | Net assets without donor restrictions . . . . . . . . . . . . | | 637,825 | 27 | 682,260 |
| | 28 | Net assets with donor restrictions . . . . . . . . . . . . . . | | 2,500 | 28 | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . | | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . . . | | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | | 31 | |
| | 32 | Total net assets or fund balances . . . . . . . . . . . . . | | 640,325 | 32 | 682,260 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . . . . | | 676,563 | 33 | 741,260 |

Form **990** (2019)

Page 12

Form 990 (2019) Page **12**

Part XI **Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . . . . | 1 | 449,481 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . . . . . | 2 | 410,544 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | 3 | 38,937 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | 4 | 640,325 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . . . . | 5 | 2,998 |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . . | 9 | 0 |

EXHIBIT 4 - IRS FORM 990 FOR WILLIAMSON COUNTY CASA, INC. FOR TAX YEAR 2020.

efile Public Visual Render | ObjectId: 202103499349301720 - Submission: 2021-12-15 | TIN: 62-1583334

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public Inspection

**A** For the 2020 calendar year, or tax year beginning 07-01-2020 , and ending 06-30-2021

**B** Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
WILLIAMSON COUNTY CASA INC

Doing business as

Number and street (or P.O box if mail is not delivered to street address) | Room/suite
1205 COLUMBIA AVENUE

City or town, state or province, country, and ZIP or foreign postal code
FRANKLIN, TN 37064

**D** Employer identification number
62-1583334

**E** Telephone number

**G** Gross receipts $ 576,577

**F** Name and address of principal officer:

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**H(c)** Group exemption number ▶

**I** Tax-exempt status ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ WILLIAMSONCOUNTYCASA.ORG

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶

**L** Year of formation 1993

**M** State of legal domicile: TN

## Part I Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:
THE ORGANIZATION SERVES CHILDREN WHO ARE ABUSED OR NEGLECTED IN THE WILLIAMSON COUNTY AREA BY ADVOCATING FOR THEIR WELFARE IN THE COURT SYSTEM

2 Check this box ▶ ☐

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 21 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 21 |
| 5 | Total number of individuals employed in calendar year 2020 (Part V, line 2a) | 5 | 6 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 72 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 39 | 7b | 0 |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 344,619 | 507,458 |
| | 9 | Program service revenue (Part VIII, line 2g) | | 0 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 13,985 | 46,939 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 90,877 | 345 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 449,481 | 554,742 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 320,876 | 331,213 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶119,020 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 89,668 | 97,690 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 410,544 | 428,903 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 38,937 | 125,839 |
| Net Assets or Fund Balances | | | Beginning of Current Year | End of Year |
| | 20 | Total assets (Part X, line 16) | 741,260 | 945,413 |
| | 21 | Total liabilities (Part X, line 26) | 59,000 | 61,781 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 682,260 | 883,632 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of officer — Date: 2021-12-15

EMILY LAYTON EXECUTIVE DIREC
Type or print name and title

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if | PTIN |
|---|---|---|---|---|
| | | 2021-12-15 | | P01296614 |

**Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part IX . . . ☐

| | | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| Assets | 1 | Cash-non-interest-bearing | | 201,506 | 1 | 289,238 |
| | 2 | Savings and temporary cash investments | | | 2 | |
| | 3 | Pledges and grants receivable, net | | | 3 | |
| | 4 | Accounts receivable, net | | | 4 | 126 |
| | 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | | 6 | |
| | 7 | Notes and loans receivable, net | | | 7 | |
| | 8 | Inventories for sale or use | | | 8 | |
| | 9 | Prepaid expenses and deferred charges | | 15,851 | 9 | 15,851 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a 13,081 | | | |
| | b | Less: accumulated depreciation | 10b 11,267 | 3,567 | 10c | 1,814 |
| | 11 | Investments—publicly traded securities | | 520,336 | 11 | 636,429 |
| | 12 | Investments—other securities. See Part IV, line 11 | | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 | | | 13 | |
| | 14 | Intangible assets | | | 14 | |
| | 15 | Other assets. See Part IV, line 11 | | | 15 | 1,955 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | | 741,260 | 16 | 945,413 |
| Liabilities | 17 | Accounts payable and accrued expenses | | | 17 | 19 |
| | 18 | Grants payable | | | 18 | |
| | 19 | Deferred revenue | | | 19 | |
| | 20 | Tax-exempt bond liabilities | | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 59,000 | 24 | 61,762 |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 | | 59,000 | 26 | 61,781 |
| Net Assets or Fund Balances | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | | |
| | 27 | Net assets without donor restrictions | | 682,260 | 27 | 876,752 |
| | 28 | Net assets with donor restrictions | | | 28 | 6,880 |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | | |
| | 29 | Capital stock or trust principal, or current funds | | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund | | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | | 31 | |
| | 32 | Total net assets or fund balances | | 682,260 | 32 | 883,632 |
| | 33 | Total liabilities and net assets/fund balances | | 741,260 | 33 | 945,413 |







**Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 554,742 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 428,903 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 3 | 125,839 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 4 | 682,260 |
| 5 | Net unrealized gains (losses) on investments | 5 | 75,533 |



Case 3:24-cv-00694 Document 169-15 Filed 09/04/26 Page 6 of 6 PageID #: 1948