WILLIAMSON COUNTY CASA

# Budget

Fiscal Year 20-21

| | Jul '20 - Jun 21 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| Operating Fund Income | |
| Contributions | |
| Victims Assessment | 30,000.00 |
| Courthouse Dog | 1,000 00 |
| General Donations | 32,650 00 |
| Corporate/Foundation Donations | 6,000.00 |
| Annual Campaign | 40,000.00 |
| Total Contributions | 109,650 00 |
| Events | |
| Voices for Children | 120,000.00 |
| CASA Playhouse | 25,000 00 |
| Third Party Events | |
| Serve Pro Golf Tournament | 10,000.00 |
| Third Party Events - Other | 5,000.00 |
| Total Third Party Events | 15,000 00 |
| Total Events | 160,000 00 |
| Grants | |
| Other Grants | 20,000 00 |
| United Way Contributions | 38,000 00 |
| State TCCY Funds | 22,000.00 |
| County Funds | 3,300.00 |
| Total Grants | 83,300.00 |
| Total Operating Fund Income | 352,950.00 |
| Restricted Fund Income | |
| MTE Customer Cares | 2,500 00 |
| The Healing Trust | 36,000.00 |
| Family Assistance Funds | 2,500.00 |
| VOCA Grant | 60,000.00 |
| Total Restricted Fund Income | 101,000.00 |
| Total Income | 453,950 00 |
| Expense | |
| Event Expenses | |
| CASA Council Expenses | 500.00 |
| Voices for Children | 25,000 00 |
| CASA Playhouse | 1,000 00 |
| Third Party Expenses | 750.00 |
| Total Event Expenses | 27,250 00 |
| Facilities Maintenance | |
| Insurance | 2,200.00 |
| Office Maintenance and Repairs | 2,500 00 |
| Utilities | 4,000.00 |
| Rent | 26,000.00 |
| Total Facilities Maintenance | 34,700 00 |
| Professional Development | |

EXHIBIT 15

WILLIAMSON COUNTY CASA

# Budget

Fiscal Year 20-21

| | Jul '20 - Jun 21 |
|---|---|
| Travel and Meetings | 2,500.00 |
| Books, Subscriptions, Reference | 500 00 |
| Membership Dues and Subcription | 1,500.00 |
| Total Professional Development | 4,500.00 |
| Employee Expenses | |
| Health Insurance | 14,000.00 |
| Salaries and Wages | 298,000.00 |
| Payroll Taxes | 23,500.00 |
| Total Employee Expenses | 335,500.00 |
| Courthouse Dog Expenses | 750.00 |
| Marketing and Development | |
| Community Outreach | 500 00 |
| Annual Campaign Expenses | 1,000.00 |
| Advertising/Marketing | 1,500.00 |
| Total Marketing and Development | 3,000 00 |
| Advocate Outreach | |
| Background Checks | 1,500 00 |
| Volunteer Appreciation | 4,000 00 |
| Training and Material | 1,500.00 |
| Total Advocate Outreach | 7,000.00 |
| Contract Fees | |
| Legal Fees | 1,000.00 |
| Consulting Fees | 250.00 |
| Accounting Fees | 6,000.00 |
| Audit | 5,500 00 |
| Total Contract Fees | 12,750 00 |
| Office Expenses | |
| Bank/Merchant Fees | 500.00 |
| Business Fees | 1,000.00 |
| Computer and Website | 2,000.00 |
| Database Software & Management | 5,500.00 |
| Office Supplies | 2,500 00 |
| Postage | 500.00 |
| Printing and Copying | 4,500 00 |
| Telephone/Internet | 6,500 00 |
| Miscellaneous Expenses | 1,000 00 |
| Total Office Expenses | 24,000 00 |
| Restricted Fund Expenses | |
| Family Assistance Expenses | 2,500 00 |
| Mileage Reimbursement | 2,000.00 |
| Total Restricted Fund Expenses | 4,500 00 |
| Total Expense | 453,950 00 |
| Net Ordinary Income | 0.00 |
| Net Income | 0.00 |