https://www.williamsonscene.com/brentwood/brentwood-attorney-connie-reguli-indicted-on-aggravated-perjury-charge-following-legal-battles/article_15ad9e64-1cd4-11ed-a1fb-d34f579f49db.html

# Brentwood attorney Connie Reguli indicted on aggravated perjury charge following legal battles

BY MATT MASTERS
AUG 18, 2022



Brentwood attorney and juvenile judge candidate Connie Reguli appears during her 2022 trial in connection with a 2018 endangered child alert which led police to her home where they found a wanted mother and daughter who served as her clients.

Matt Masters

EXHIBIT 17

Embattled Brentwood attorney Connie Reguli has been indicted on a new criminal charge stemming from a lawsuit she filed against Williamson County Mayor Rogers Anderson earlier this year.

A Williamson County grand jury indicted 70-year-old Reguli on the charge of aggravated perjury, a Class D felony.

According to the indictment, Reguli allegedly intentionally made a false statement or submitted false information under oath, specifically a claim that Reguli "reimbursed CASA [Court Appointed Special Advocates] for $3,145.50."

This is related to a court filing by Reguli in March 2022 in an attempt to get public records released. Those records were related to allegations that a child who was incarcerated in the Williamson County Juvenile Detention Center in 2013 had been assaulted by an employee.

In April 2022, that attempt to get the records was dismissed by the court and is now on appeal.

Also in April 2022, Reguli was suspended from practicing law following her conviction for facilitating custodial interference and two counts of accessory after the fact — one for harboring and one for aiding a wanted mother and daughter in 2018 which led authorities to her home.

She was a Republican judge candidate for the juvenile court this spring but lost her primary to incumbent Judge Sharon Guffee.

Reguli was released from the Williamson County Jail just over an hour after being booked on Aug. 12, and is scheduled to return to court on the charge on Aug. 31.

Hamilton Matthew Masters