# Judge Guffee swears in 10 new Williamson County CASA volunteers

Herald Reports
May 12, 2022




Pictured from left to right are Kerry Bronson (volunteer advocate), Jennifer Stobner (volunteer advocate), Magistrate Jacques Cabell (Juvenile Court Magistrate), Melody Cole (volunteer advocate), Judge Sharon Guffee (Juvenile Court Judge), Michelle Soll (volunteer advocate), Claudia Zuazua (volunteer advocate), Hillary Cyphers (volunteer advocate), Michael Thatcher (volunteer advocate) Not pictured· Colin Braithwaite (volunteer advocate), Elizabeth Braithwaite (volunteer advocate), Alison Fontenot (volunteer advocate)

Submitted

Ten community members were sworn in as Williamson County Court Appointed Special Advocate (CASA) volunteers on Wednesday in Franklin.

Each year, hundreds of Williamson County children are brought before the court, reasons range from abuse and neglect to abandonment and CASA independently trains its volunteer members to investigate these children's situations They report to the court with their findings with CASA's goal being for each child to be in a safe and permanent home.

"We are honored to welcome these 10 new advocates into the CASA family," said Emily Layton, Executive Director of Williamson County CASA "They have already shown dedication to children in our community through the extensive training process to become an advocate.

"We are so thankful that this exceptional group of community volunteers has decided t[o go] above and beyond to give a voice to children who need them."

EXHIBIT 18

Volunteers undergo 30 hours of training and three hours of court observation prior to standing before a judge Once completed, each member goes before Judge Sharon Guffee to swear an oath to represent and advocate for the community's most vulnerable children.

The highly-trained CASA volunteers get to know each child and are by their side, advocating for their best interests in the courtroom and community. CASA volunteers make sure each child's individual needs remain a priority in an overburdened child welfare system

Volunteers are relied on to make sure the child is safe, has the shortest possible road to a permanent home and has the opportunity to thrive. Volunteers work with legal and child welfare professionals, educators and others to ensure that judges have all the information they need to make potentially life-changing decisions for each child.

Williamson County CASA served 410 abused and neglected children last fiscal year. These 10 new advocates join the other 66 who represent and advocate for children who have come into the court system due to abuse and neglect in our community

If you are interested in learning more about becoming a Court Appointed Special Advocate, visit williamsoncountycasa.org or call 615-591-2699.

BEST IN BUSINESS AWARD
BOXWOOD insurance group
Williamson Herald
Nominate your favorite!

Tags Williamson County Casa | Court Appointed Special Advocates | Sharon Guffee



# Gerry Helper, Predators Foundation donate $12K to CASA

Herald Reports
Mar 22, 2022




From left: Kim Helper, Gerry Helper and Sydni Dicke. Gerry Helper and the Predators Foundation donated $12,000 to Williamson County CASA in honor of his retirement from the Nashville Predators organization

Submitted

In December, former Nashville Predators Senior Vice President and Board Chairman Gerry Helper retired after 24 years with the Nashville Predators.

In honor of his retirement, the Nashville Predators Foundation donated $12,000 to Williamson County CASA, one of Helper's favorite local charities.

"We are so thankful to Gerry Helper and the Nashville Predators Foundation for their generous contribution," Williamson County CASA Development Director Sydni Dicke said. "This donation will help to provide a supervised CASA for every child in need and directly impact CASA's vision to provide each child that we serve with a safe and permanent home."

Gerry and his wife, Kim Helper, have been longtime supporters of Williamson County CASA

"CASA is a very important part of our community," Gerry Helper said. "We [my family and the Preds Foundation] were glad to use this opportunity to provide support to an organization that does so much good for children in Williamson County."

Gerry Helper hopes that this contribution inspires others to see the value in Williamson County CASA's work and to support the organization in making a difference in the lives of abused and neglected children in Williamson County.

Last fiscal year, Williamson County CASA served 410 children.

Those interested in learning more about becoming a Court Appointed Special Advocate should visit www williamsoncountycasa org or call 615-591-2699




Tags: Gerry Helper | Kim Helper | Williamson County Casa | Casa | Court Appointed Special Advocates



CASA
urt Appointed Special Advoca'
FOR CHILDREN
"SON C"

# Williamson County CASA

2.1K followers • 163 following

Learn more   Message   Follow

Williamson County CASA, located in Franklin, TN, to advocate for abused and neglected childre

Nonprofit organization   (615) 591-2699

All   About   Reels   Photos   Followers   More

## Photos

Williamson County CASA's Photos   Tagged photos   Albums












VOICES for CHILDREN


MOJO'S TACOS
GIVES BACK
APRIL 22 4-9PM
TOLLGATE LOCATION
10% OF ALL FOOD PURCHASES GO TO HELPING VULNERABLE, ABUSED AND NEGLECTED CHILDREN RIGHT HERE IN WILLIAMSON COUNTY


GIVES BACK
MENTION CASA AND 20% GOES TO HELPING VULNERABLE, ABUSED AND NEGLECTED CHILDREN RIGHT HERE IN WILLIAMSON COUNTY


CASA
FRANKLIN THEATRE
VOICES for CHILDREN


CASA
GIVE BACK EVENTS
4/21-SWEETHAVEN
4/22-MOJO'S TACOS
MAKE A BIG DIFFERENCE THIS WEEK WHEN YOU SUPPORT 2 OF OUR FAVORITE LOCAL BUSINESSES
WATCH POST FOR MORE DETAILS ON THESE


CASA
FRANKLIN THEATRE
VOICES for CHILDREN






Volunteer




DONATE TODAY
98%
of children served remain safe
six months following case closure




A. MARSHALL HOSPITALITY
For the entire month of April, Puckett's Franklin and Scout's Pub are donating a portion of sales from select menu items to WCCASA.
Just come in, order what you love, and you're making a difference for a child!


GIVE BACK
PARTNERSHIP
Every April, communities across the country recognize Child Abuse Prevention Month.
In Williamson County, that means our volunteer advocates continue showing up for kids in the juvenile court system, and it means our community partners show up alongside us.
This year, we're grateful for both.
We're proud to share that some of Franklin's favorite gathering places are stepping up in meaningful way this month.


CHILD ABUSE PREVENTION
MONTH
TOGETHER, WE ARE


CASA?
WITH ALYSSA MAESON
CASA ADVOCATE
MATT MAESON
'26 VOICES PERFORMER


CASA
FRANKLIN THEATRE
VOICES for
CHILDREN


Thank
you!






the Child


the Child
98%
of children served
remain safe
six months following
case closure


the Child


Did You
Know?


the Child


the Child


the Child


the Child


the Child


the Child


Did You
Know?


the Child


the Child


the Child


$12,500


the Child

the Child

the Child

the Child
98%
of children served
remain safe
six months following
case closure.

the Child

the Child

the Child





$83,05

SEASON
OF
GIVING
HELP US MEET OUR GOAL
BY DECEMBER 31 OF...
$60,000!
Meeting this goal would help ensure every Williamson County child who needs it has a trained volunteer who never gives up until

Childhood Protector
$3,000
Courtroom Hero
$2,000
Advocate Ally
$1,000
Monthly Champion

TUESDAY
BE FOR THE CHILD.

"Stuart Little"
Stuart Tutler
Mustaches for Kids Nashville
Give Now

MATCH ME
IF YOU CAN
$2500
FLASH MATCH

2025 Advocate
Board
+6


Advocate
+4
Advocate
+8


Advocate to Board


Advocate
+1 yr


+2 yr


Advocate


Advocate



CASA
urt Appointed Special Advoca'
FOR CHILDREN

# Williamson County CASA

2.1K followers • 163 following

Learn more Message Follow

Williamson County CASA, located in Franklin, TN, to advocate for abused and neglected childre

Nonprofit organization (615) 591-2699





All About Reels Photos Followers More

## Reels

Williamson County CASA's Reels


282


220





61

hank Yo

CUSTOM WELDING & FABRICATION

TENNESSEE

EST. 2020

WELDS

l Playhouse Bui

:ial thanks to our spo

FLM

FAB-LINE MACHINERY

51

Gordon Rees Scully N

ng a sponsor for our

l Voices for Children

nty CASA is so thank

supporter and we co

this work without yc

49

CASA

rt Appointed Special Advoc

FOR CHILDREN

WILLIAMSON COUNTY

u, Pinnacle Financial

ing a sponsor for our

l Voices for Children

nty CASA is so thank

supporter and we co

this work without yc

CASA

rt Appointed Special Advoc

FOR CHILDREN

WILLIAMSON COUNTY



56


216


603


49


534


SE
SA.ORG


2.2K


CASA
ourt Appointed Sp
OR CHILDREN
ILLIAMSON C


CASA
ourt Appointed Sp
OR CHILDREN
ILLIAMSON C


CASA
ourt Appointed Sp
OR CHILDREN
ILLIAMSON C


CASA
ourt Appointed Sp
OR CHILDREN
ILLIAMSON C


CASA
Court Appointed Special Advoc
FOR CHILDREN
WILLIAMSON COUN

















See all

## Groups



**Williamson County CASA Advocates**

Private group 22 members







## Events

Past




Fri, Oct 14, 2022

**2022 TwiceDaily Playhouse Raffle**

Event by Williamson County CASA




Thu, May 6, 2021

***Virtual* Voices for Children -...**

Event by Williamson County CASA

Thu, Oct 15, 2020

**Twice Daily**

Thu, May 21, 2020

**Virtual Voices for**

CASA
urt Appointed Special Advoca'
FOR CHILDREN

# Williamson County CASA

2.1K followers • 163 following

Learn more Message Follow

Williamson County CASA, located in Franklin, TN, to advocate for abused and neglected childre

Nonprofit organization (615) 591-2699

The number of followers includes all followers. You'll see names and profile pictures displayed for friends and other Pages

## Followers

Search

Followers Mutual followers Following Mutual Following

Jenn Rose Mulvihill
5 mutual friends

Cheryl Coleman Brown
158 mutual friends

Meredith Sage Kendall
21 mutual friends

Kearney/Buffalo County CASA

Van Cleave for Tennessee
Franklin, Tennessee

Tucker's House

Christina Rosato for Williamson County Commissioner for District 3

Fostering with Kinks & Curls

Recover & Thrive Health Services, LLC

Stephens Funeral and Cremation Services

Laurie Carpenter Photography

CASA of Midwest Tennessee

Live you and me

Stites & Harbison, PLLC

Emily Moore Leininger
32 mutual friends

Joy Watson Nguyen
10 mutual friends

Rotary Club of Brentwood

Centennial High School - PTSO

United Way of Greater Nashville

Laura Andreson for TN

Sheltered Hills

Absolute Auto Glass TN

Fighting 4 Families
Owner and CEO at Fighting For Families LLC

4:04 Foundation Inc.

CASA of the Sequatchie Valley

Resound Credit Union

Nabholz Corporation

Laura Granere for Williamson County School Board District 11

Holiday Inn Express & Suites Franklin Berry Farms ...

Darrell Waltrip Honda ...

Olivia Olive Oil ...

McCreary's Irish Pub and Eatery ...

Need-A-Break Franklin Formerly Kids Kingdom Drop in Daycare
Edith Cowan University (ECU) ...

Matt Cole - State Farm Agent ...

Williamson Prevention Coalition ...

CASA of SoLA (South Louisiana) ...

Oasis Center ...

Canterfield of Franklin ...

GivingMatters.com ...

CASA of Jefferson and Gilpin Counties ...

CASA of South-Central NJ ...

Amerigo - Nashville ...

Connecticut CASA ...

Journeys In Community Living ...

Davis House Child Advocacy Center ...

Coweta CASA ...

Franklin Tomorrow ...

CASA of Los Angeles - Court Appointed Special Advocates ...

Center for Nonprofit Excellence of Middle Tennessee ...

Endeavor Youth Recovery ...

National Crimes Against Children Investigators Association ...

Chapman's Power Washing Solutions ...

Williamson Source ...

CASA Corridor of East Tennessee ...

Franklin Downtown

The Healing Trust

African American Heritage Society of Williamson County ...

Round Rock Area Serving Center ...

Jackson ...

Friends of Iowa Casa ...

CASA of East Tennessee ...

CASA of Atlantic, Cape May, and Camden Counties - NJ ...

Downtown Franklin Rotary ...

Break-Thru TN ...

CASA of West Tennessee ...

Franklin Nutrition Stop ...

Kearney/Buffalo County CASA
Kearney, Nebraska ...

Sumner County CASA ...

CASA Project Worcester County ...

WJW Mental Health Legal Fund ...

Tennessee Kids Belong ...

100 Women Who Care-Rutherford County ...

Bergen County CASA ...

BURN The Treaty

Bridges Domestic Violence Center ...

Matt Brown, Alderman Ward 2

Twice Daily ...

Kemp & Rice Orthodontics

Baretto Bistro
Austin, Texas ...

United Way of Rhea County

Young Leaders Council ...

Touching Hearts at Home of Middle Tennessee

SSG Sexton Recruiting-TNARNG ...

The Foster Parenting Toolbox

St Paul's Episcopal Church, Franklin, TN

Encores Consignment South

W O W - Women of Williamson

Mending Limbs Organization

CASA Venango County, Pa

Heritage Foundation of Williamson County

The Volunteer Center (Williamson County)

Homestead Manor

CASA of the Lincoln Trail

United Soccer Academy

Friends of the Williamson County Public Library

Point Outdoors, LLC

Kevin Wimpy Portraits

CASA of Rutherford County

Franklin First United

Hard Bargain Association

CASA Highland Rim Stewart County

Shelter Equity

The Franklin Theatre

Waves, Inc.

City Farmhouse

Get Fit Franklin

Downtown Franklin

The Bunganut Pig Restaurant & Bar

100 Women Who Care Greater Nashville

The Gathering at 840

KC Haugh - former Williamson Co School Board member, District 11

NOW Williamson County Task Force

Former Foster Youth Productions LLC

River Road Retrievers

21st District Recovery Court ...

CASA Works, Inc ...

Sister Cities of Franklin and Williamson County, Inc. ...

Americana Taphouse ...

Bella Vintage Marketplace ...

Franklin-Williamson Child Advocacy Center ...

ramnathjaiswal3 ...

New To You Nonprofit Organization ...

TN Voices ...

Mills Can do It ...

CASA of Jefferson County Illinois ...

The Coffee House at Second and Bridge ...

YOUR Williamson ...

Fostering Media Connections ...

I Live Here I Give Here ...

CASA of Cannon and DeKalb Counties Tennessee ...

One WillCo ...

Unite Williamson

CASA Connection, Columbus NE ...

Brentwood Family YMCA

Young, Black & Widowed Inc. ...

CASA Monroe

Eat the Street: Franklin's First Festival of Foodtrucks ...

Monroe County CASA, Inc. Indiana

Oceana County CASA ...

Lakeway CASA

Nashville by Nicole ...

Dart and Lisa ...

United Country Real Estate Leipers Fork ...

USS - United Structural Systems ...

Debbie Beam-GRI, Realtor ...

Tell Me I'm Pretty ...

The Cooksey House ...

Franklin Firefighters' Charities ...

ShopCASA by 3dASAP ...
Central, Texas

Mission America Foundation ...

Smyrna Chiropractic ...

Hill Fine Portraits ...

American Job Center-Williamson County ...

Focus Family Medicine ...

Safe Baby Court Dickson County ...

Youth MOVE Tennessee ...

Find Hope Franklin ...

TN Juvenile Court Services Association ...

Susewind Soccer Program ...

Wayne Wise Wellness Fund ...

Deneen Murphy - Real Estate ...

Insure Our Kids

Jen's Bijoux Bling ...

Honeysuckle Suite Design

Grimmett Law Firm ...

Moonshell Marketing

twine graphics & screen printing ...

M4K Nashville

International Insurance Brokerage, LLC ...

Smartt Images

Hillsboro Nutrition & Energy ...

Williamson County Public Library System ...

Riverbend Ranch and Retreat ...

HomeFit Health and Design ...

JJs Wine Bar

Helistar Aviation

Austin's Paint Guys

Southern Exposure Magazine

Lighthouse Counsel

T-Square Engineering, Inc.

CASA University

NUSA SpringHill

Berry Farms EyeCare

Graffiti Indoor Advertising

Lainie's Gifts and Decor

Davis Stokes Collaborative, P.C. Architects

Signs First of Franklin, TN

The Macfarlan Group

3dASAP Promotional Solutions
Central, Texas

NUSA Antioch

Aiello Family Chiropractic

Young At Heart Nashville

The Preacher's Daughter

Valiant Individualized Training

Distinctively Southern Wedding

Superior Roofing LLC Serving Franklin Brentwood Spring Hill TN
Franklin, Tennessee

Interfaith Dental

Nashville Heart & Home

Cleaning with Grace

ChildCare Solution

Jackson Hewitt East TN & Upstate SC
Knoxville, Tennessee

What It Do Management, LLC

Childhood Essentials ...

Futsal615 ...

Music City 3 D Lash Lady ...

tiny little donuts ...

Workout Anytime Franklin ...

Ford Roofing Company LLC ...

Care & Custody ...

Cool Springs Law Firm ...

4Truth Web Design ...

Reitz Memorial High School ...

The Two-Toed Toad on the Road by Rick Wornell ...

Law Offices of Crystal Etue ...

PCSDesk ...

Harvest Beverage Company ...

M&M Insurance Group ...

Parents for Students Safety ...

Advanced Institute for Oral Health ...

Mid-State Title & Escrow, Inc.

CASA of Travis County ...

Habitat for Humanity Williamson-Maury

The Refuge Center for Counseling ...

Mercy Community Healthcare

My Friend's House ...

Belle Meade Family Dentistry

Coyne Oral Surgery and Dental Implant ...

Kelly Kormos, Nashville Area Realtor

Chemical Dependency and Substance Abuse Continuing Education ...

Zen Cowgirl ...

Macaroni Kid Franklin TN

Catalyst Collective

Williamson Herald

Williamson News

Third Coast Clay

Proplanit Inc.

JTMarCom

Cory Calendine, M.D.
Freed-Hardeman University

Downtown Franklin Family Dentistry

Dr. Jane White MD Ministries

Fairfax Court Appointed Special Advocates (CASA)

CASA of Natrona County

Nurses for Newborns of Tennessee

SafeSpot Children's Advocacy Center of Fairfax County

Educare

Child Advocates - Denver CASA

OneGenAway

CASA Nashville

David Schara - State Farm Insurance Agent

Robertson Media Group

Optima

Shuff's Music & Piano Showroom

Miriam's Promise

Animalia Health & Wellness

Central Woodwork Inc.

CASA for Children of Klamath County

Courthouse Dogs Foundation

CASA 7 of Idaho

Advocates For Children CASA

CASA of the Highland Rim

National CASA/GAL

CASA of Maury County, Inc.

Impact 100 Nashville

Our Thrift Store Franklin TN

Watchful Shepherd

Tennessee CASA

CASA of Campbell County

Erin Nations, County Commissioner

Nelson Andrews Brentwood City Commissioner

Brian Clifford, County Commissioner

Tennessee Commission on Children & Youth

Williamson County Democratic Women

AmeriCorps VISTA

Patrick Baggett for Ward 4 Alderman

Jason Potts, Alderman Ward 3

Limestone County Child Advocacy Center

Servpro of Williamson County

RG Custom Homes

Bishop's Meat & Three

Law Offices of Kelli Barr Summers

Margaret Hoelzer

Tell Me About Your Dog

## Check-ins

Recent

Williamson County CASA

Franklin, Tennessee
Visited on March 31, 2026

Center
Franklin, Tennessee
Visited on June 5, 2023