FILED

2026 SEP -8 AM 10: 41

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

## EXHIBITS

1. Woodruff letter - April 29, 2022
2. May 2, 2022 letter - Layton to Woodruff / May 2022 text - Layton - McLendon
3. May 11, 2022 Layton sworn statement
4. Woodruff Order - Dec. 2, 2022
5. CASA - Layton response to criminal court subpoena - June 2023
6. June 2023 - Nolle of prosecution
7. IRS 990 Williamson County CASA, Inc. excerpts ***
8. Network for Good printout - Connie Reguli, 1620 Westgate Circle **
9. CASA administrative procedures **

** provided in discovery

*** see Declaration of Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**Declaration of Plaintiff**

1. I, Connie Reguli, am the Plaintiff in this matter.

2. Exhibits 8 and 9 were provided to Plaintiff, for the first time, in discovery in this case.

3. Williamson County CASA, Inc. is a registered IRS 501(c)(3) organization and 990 income tax returns are available on public domains. The documents attached as Exhibit 7 are true copies of excerpts and come from these public domains.

4. Connie Reguli has not occupied the address of 1620 Westgate Cir. Ste 150, Brentwood, TN 37027 since 2010.

5. Connie Reguli never entered her information into Williamson County CASA, Inc.'s "Network for Good" platform, therefore, it had to have been done by CASA personnel in accordance with their own policy.

6. Connie Reguli never received mail from Dana McLendon in May 2022 that included the Layton sworn statement. Reguli also checked the court record and it was not filed with the Court.

______________________________

In accordance with 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/8/26



Case 3:24-cv-00694 Document 172-1 Filed 09/08/26 Page 2 of 2 PageID #: 2021