# JOSEPH A. WOODRUFF

CIRCUIT JUDGE

THE CIRCUIT COURT OF TENNESSEE

TWENTY-FIRST JUDICIAL DISTRICT, DIVISION I

COUNTIES:
HICKMAN
LEWIS
PERRY
WILLIAMSON

135 FOURTH AVENUE SOUTH
SUITE 286
FRANKLIN, TENNESSEE 37064
(615) 425 4009


April 29, 2022

Williamson County CASA
P. O. Box 680774
Franklin, TN 37068-0774
Attn: Emily Layton, Executive Director

**Re: Connie Reguli**

Dear Director Layton:

On December 30, 2014, I imposed sanctions pursuant to Rule 11 of the Tennessee Rules of Civil Procedure on Ms Connie Reguli, a local lawyer The sanctions arose out of Ms. Reguli's improper litigation tactics involving a CASA volunteer CASA sought the imposition of these sanctions by filing a motion which, after a hearing, I granted. Among the sanctions I imposed on Ms. Reguli was the obligation to reimburse CASA for the reasonable attorney fees in the amount of $3,145.50 CASA incurred as a result of Ms. Reguli's misconduct.

Ms. Reguli appealed my decision to the Tennessee Court of Appeals. In a ruling issued on October 28, 2016, the Court of Appeals affirmed my decision

On Tuesday, April 26, 2022 Ms. Reguli was once again in my court for a hearing on new Rule 11 violations. During that hearing, I asked Ms. Reguli whether she had ever paid CASA the sanctions I imposed on her in December 2014. A copy of the court reporter's transcript of the exchange between Ms. Reguli and me on this subject is enclosed with this letter.

I am attempting to verify whether or not Ms Reguli's testimony was true. At your earliest opportunity, please advise me in writing whether Ms. Reguli has in fact remitted to CASA the reimbursement I ordered her to pay. If she has paid the sanction amount, please provide me with the date of that payment and the manner in which it was made; *i.e.*, by check, electronic transfer, credit card, or some other means.

Very truly yours,

Joseph A. Woodruff
Circuit Court Judge/Chancellor, Division I

JAW/dmr
cc: Dana C McLendon, III, Esq

EXHIBIT 1



Case 3:24-cv-00694 Document 172-2 Filed 09/08/26 Page 1 of 1 PageID #: 2022