**IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE**
**TWENTY-FIRST JUDICIAL DISTRICT**

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | |
| | ) | |
| v. | ) | No. W-CR220457 |
| | ) | |
| CONNIE REGULI | ) | Judge Roy B. Morgan, Jr. |
| | ) | |

**NOTICE OF COMPLIANCE WITH MAY 5, 2023 ORDER ON WILLIAMSON COUNTY CASA'S MOTION TO QUASH**

Williamson County Court Appointed Special Advocates ("CASA") provides notice of its compliance with the Court's May 5, 2023, Order on Williamson County CASA's Motion to Quash ("Order"), and simultaneous with the filing of this Notice, has produced responsive documents to the Office of the Circuit Court Clerk of Williamson County.

More specifically, CASA provides the below responses to the requests found in Paragraph 14 of the Order:

PART A

1. All of CASA's regularly maintained business records received by Emily Layton that were reviewed and relied upon as a basis of her verified statement dated May 11, 2022.

**RESPONSE:** Emily Layton informed counsel for CASA that she does not recall what documents, if any, were reviewed and relied upon as a basis for her verified statement dated May 11, 2022, but to the best of her recollection, she would have only spoken with CASA's bookkeeper regarding whether the Defendant ever made a payment to CASA.

PART B

1. All accounting documents that represent account receivable en
ledger or other account services regarding Connie Reguli since 2014 and through

EXHIBIT 5

**RESPONSE**: There are no documents responsive to this request. As a showing of good faith, CASA is producing a log reflecting all deposits from anonymous or otherwise unidentified sources from August 1, 2014, through May 11, 2022. See CASA0013-CASA0020.

2. All invoices, letters, memorandums, or other communication from CASA to Connie Reguli seeking payment from August 2014, to May 11, 2022;

**RESPONSE**: There are no documents responsive to this request.

3. STRICKEN;

4. All accounting documents that demonstrate the detailed receipt of funds categorized as "miscellaneous income" reflecting a payment received from Connie Reguli from 2014 to May 11, 2022;

**RESPONSE**: There are no documents responsive to this request. As a showing of good faith, CASA is producing a log reflecting all deposits from anonymous or otherwise unidentified sources from August 1, 2014, through May 11, 2022. See CASA0013-CASA0020.

5. All policies regarding receipt of funds via mail, that describe how receipts are logged or documented, the process for transferring to accounting and depositing; and

**RESPONSE**: See CASA0001-CASA0012.

6. All logs for income or payments reflecting a payment received from Connie Reguli from August 2014 until May 11, 2022.

**RESPONSE**: There are no documents responsive to this request. As a showing of good faith, CASA is producing a log reflecting all deposits from anonymous or otherwise unidentified sources from August 1, 2014, through May 11, 2022. See CASA0013-CASA0020.

Respectfully submitted,

*/s/ Mike Stephens*
Mike Stephens (BPR No. 036949)
Savannah Kolodziej (BPR No. 037737)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-3814
mstephens@bradley.com
skolodziej@bradley.com

*Attorneys for Williamson County Court Appointed Special Advocates*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished via e-mail and/or U.S. Mail, postage prepaid, to:

Connie Reguli
Defendant, Pro Se
1646 Westgate Cir., Suite 101
Brentwood, TN 37027
Connie.reguli@lcflc.com

John A. Stephens
Assistant District Attorney
200 Commerce St., Suite A
Clarksville, TN 37040
jastephens@tndagc.org

this the 5th day of June, 2023

*/s/ Mike Stephens*
Mike Stephens

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
August 1, 2014 through May 11, 2022

| Type | Date | Num | Name | Memo | Pay Meth | Original Amount |
|---|---|---|---|---|---|---|
| Deposit | 09/16/2014 | | Deposit | Deposit | | 40.00 |
| Deposit | 10/01/2014 | | | Deposit | | 3,333.33 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | Lonestar tickets | | 75.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 150.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 75.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 25.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 150.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 75.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 150.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 150.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 75.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 150.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 75.00 |
| Invoice | 10/05/2014 | 8 | Miscellaneous | | | 75.00 |
| Deposit | 10/08/2014 | | PAYPAL | TRANSFER FROM PAYPAL 458J28DDHP43L WILLIAMSON COUNTY CASA | | 520.00 |
| Invoice | 10/14/2014 | 13 | Miscellaneous | cash | | 310.00 |
| Invoice | 10/14/2014 | 13 | Miscellaneous | | | 1,625.00 |
| Deposit | 10/14/2014 | | | tickets | Cash | 260.00 |
| Deposit | 10/14/2014 | | | tickets | | 100.00 |
| Deposit | 10/14/2014 | | | Deposit | | 40.00 |
| Deposit | 10/14/2014 | | | Deposit | | 100.00 |
| Deposit | 10/14/2014 | | | Deposit | | 40.00 |
| Deposit | 10/14/2014 | | | Deposit | | 42.00 |
| Deposit | 10/14/2014 | | | Deposit | | 20.00 |
| Deposit | 10/14/2014 | | | Deposit | | 40.00 |
| Deposit | 10/14/2014 | | | Deposit | | 10.00 |
| Deposit | 10/14/2014 | | | Deposit | | 100.00 |
| Deposit | 10/14/2014 | | | Deposit | | 100.00 |
| Deposit | 10/14/2014 | | | Deposit | Paypal | 40.00 |
| Deposit | 10/20/2014 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 458J28EHPHHZA WILLIAMSON COUNTY CASA | | 600.00 |
| Deposit | 10/25/2014 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 458J28LHPHHZA WILLIAMSON COUNTY CASA | | 2,156.16 |
| Deposit | 11/05/2014 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 458J28F2RNNGY WILLIAMSON COUNTY CASA | | 100.00 |
| Deposit | 11/05/2014 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 458J28F2RNNGY WILLIAMSON COUNTY CASA | | 776.40 |
| Deposit | 11/10/2014 | | Deposit | Deposit | Cash | 30.00 |
| Deposit | 11/10/2014 | | Deposit | tickets | Cash | 3,023.66 |

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 11/10/2014 | | Deposit | Deposit | Check | 5,435.00 |
| Deposit | 11/10/2014 | | Deposit | Deposit | Check | 371.18 |
| Deposit | 12/18/2014 | | Deposit | Deposit | Check | 60.00 |
| Deposit | 12/18/2014 | | Deposit | Deposit | Check | 2,2[illegible].37 |
| Deposit | 12/18/2014 | | Deposit | Deposit | Cash | 20.00 |
| Deposit | 12/18/2014 | | PDI | transfer from PayPal | | 7,800.00 |
| Deposit | 01/1[illegible]/2015 | | Deposit | Deposit | | [illegible]0.00 |
| Deposit | 01/12/2015 | | Deposit | Deposit | | 89.00 |
| Deposit | 02/12/2015 | | Deposit | Deposit | | 338.50 |
| Deposit | 03/03/2015 | | Deposit | Deposit | | 13.00 |
| Deposit | 04/10/2015 | | Deposit | misc | | 40.00 |
| Deposit | 04/10/2015 | | Deposit | tickets | | 975.00 |
| Deposit | 04/17/2015 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 45AJ78R8X2AFL WILLIAMSON COUNTY CASA | | 18.26 |
| Deposit | 04/24/2015 | | Deposit | tickets | Cash | 230.00 |
| Deposit | 04/24/2015 | | Deposit | tickets | | 1,950.00 |
| Deposit | 04/29/2015 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 4AA/28RYOHA7J WILLIAMSON COUNTY CASA | | 600.00 |
| Deposit | 05/04/2015 | | TRANSFER FROM PAYPAL | TRANSFER FROM PAYPAL 45A/2885TOU6K WILLIAMSON COUNTY CASA | | 400.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Cash | 900.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Check | 1,200.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Check | 5,000.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Cash | 7.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Check | 2,175.00 |
| Deposit | 05/12/2015 | | Deposit | Deposit | Check | 450.00 |
| Deposit | 05/14/2015 | | TRANSFER FROM PAYPAL | Deposit | | 4,600.00 |
| Deposit | 05/14/2015 | | TRANSFER FROM PAYPAL | Deposit | | 19,400.00 |
| Deposit | 05/14/2015 | | TRANSFER FROM PAYPAL | Deposit | | 650.00 |
| Deposit | 05/28/2015 | | Deposit | Deposit | | 100.00 |
| Deposit | 05/28/2015 | | Deposit | Deposit | | 250.00 |
| Deposit | 05/28/2015 | | Deposit | Deposit | | 150.00 |
| Deposit | 06/09/2015 | | Deposit | Deposit | | 50.00 |
| Deposit | 06/09/2015 | | Deposit | Deposit | | 3,600.00 |
| Deposit | 06/09/2015 | | Deposit | Deposit | | 10,500.00 |
| Deposit | 06/09/2015 | | Deposit | Deposit | Cash | 474.00 |
| Deposit | 06/09/2015 | | Deposit | Deposit | Cash | 1,481.00 |
| Deposit | 06/[illegible]/2015 | 1 | Deposit | Deposit | | 200.00 |
| General Journal | 06/[illegible]/2015 | adjust | | | | -3,315.[illegible] |

8:45 AM
05/25/23
Cash Basis

## WILLIAMSON COUNTY CASA
## Transaction Detail By Account
August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| General Journal | 06/30/2015 | adjust | | | | 3 318.66 |
| General Journal | 06/30/2015 | adjust | | | | -1 000.00 |
| General Journal | 06/30/2015 | adjust | | | | 1 000.00 |
| Deposit | 09/30/2015 | | Miscellaneous | tickets | | 1 620.00 |
| Deposit | 09/30/2015 | | | tickets | Cash | 60.00 |
| Deposit | 10/26/2015 | | | tickets sold at Pumpkinfest | Cash | 1 672.00 |
| Deposit | 10/26/2015 | | | tickets | Check | 2 240.00 |
| Deposit | 10/27/2015 | | | tickets | | 2 240.00 |
| General Journal | 11/04/2015 | 2021AJE | Miscellaneous | | | 24.16 |
| General Journal | 12/05/2015 | 2022AJE | | | | 30.00 |
| Deposit | 05/11/2016 | | | John Doe | Cash | 50.00 |
| Deposit | 06/20/2016 | | | Rockin Book | Cash | 30.00 |
| Deposit | 08/11/2016 | | | 2 books at Library sales | | 32.00 |
| Deposit | 08/12/2016 | | | 10 books cash sales | Cash | 150.00 |
| Deposit | 08/12/2016 | | | cash donation | Cash | 2.00 |
| Deposit | 08/29/2016 | | | 2 books from Legends Golf night | | 32.00 |
| Deposit | 09/12/2016 | | | 16 books-cash sales | Cash | 257.00 |
| Deposit | 09/22/2016 | | | donation | Stripe | 1.85 |
| Deposit | 09/30/2016 | | | 18 books paid cash | Cash | 241.00 |
| Deposit | 09/30/2016 | | | 14 tickets paid cash | Cash | 280.00 |
| Deposit | 09/30/2016 | 1272 | | Golf Donation | Check | 250.00 |
| Deposit | 09/30/2016 | 3695 | | Golf Donation | Check | 30.00 |
| Deposit | 10/12/2016 | | | 4 books paid w cash | Cash | 64.00 |
| Deposit | 10/12/2016 | | | 9 tickets-paid w cash | Cash | 270.00 |
| Deposit | 10/31/2016 | 1004 | | 1 book Zippity [illegible] | Check | 16.00 |
| Deposit | 10/31/2016 | 1504 | | Donation for Rocking Food and Supplies | Check | 100.00 |
| Deposit | 10/31/2016 | 2941 | | Donation for Rocking Food and Supplies | Check | 100.00 |
| Deposit | 10/31/2016 | | | 66 tickets a? cash sales of tickets | Cash | 1 725.00 |
| Deposit | 05/11/2017 | | | no names | Paypal | 600.00 |
| Deposit | 05/16/2017 | | | silent action cash for keys | Cash | 2 100.00 |
| Deposit | 05/16/2017 | | | cash donations | Cash | 140.00 |
| Deposit | 08/09/2017 | | | Jackson competition-cash donations | Cash | 898.00 |
| Deposit | 09/01/2017 | | | 3 cash tickets sold | Cash | 60.00 |
| Deposit | 09/27/2017 | | | donation on Benevity Online portal | ACH | 29.13 |
| Deposit | 09/29/2017 | | | donation on Benevity Fund | | 6.60 |
| Deposit | 10/17/2017 | | | 1 ticket cash | Cash | 20.00 |


CASA 0015

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
### August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 10/24/2017 | | | Donation from Benevity | ACH | 1.84 |
| Deposit | 10/26/2017 | | | 3 tickets-cash donations | Cash | 60.00 |
| Deposit | 11/21/2017 | W7203 | | Giving Assistant | Check | 67.16 |
| Deposit | 12/22/2017 | | | Benevity Disbursement | ACH | 3.88 |
| Deposit | 01/22/2018 | | | sale of old TV | | 70.00 |
| Deposit | 01/22/2018 | | | Benevity donation | ACH | 3.88 |
| Deposit | 02/22/2018 | | | Benevity Donation | ACH | 5.83 |
| Deposit | 03/09/2018 | | | Anonymous donor thru United Way Metro Nashville | ACH | 105.75 |
| Deposit | 03/26/2018 | | | Benevity Fund donation | ACH | 3.86 |
| Deposit | 03/29/2018 | [illegible] | | Donation from Little Sprouts Sale | Check | 3,200.00 |
| Deposit | 03/29/2018 | [illegible] | | Donation from Little Sprouts Sale | Check | 1,922.00 |
| Deposit | 04/09/2018 | 47459 | | Ticket Proceeds from Taste of Williamson | Check | 433.40 |
| Deposit | 04/17/2018 | | | anonymous donation on facebook page | Network for Good | 20.00 |
| Deposit | 04/21/2018 | | | benevity donation | ACH | 3.88 |
| Deposit | 05/03/2018 | | | 2 keys - | | 200.00 |
| Deposit | 05/01/2018 | | | 1 key— | | 100.00 |
| Deposit | 05/03/2018 | | | 1 key— | | 100.00 |
| Deposit | 05/09/2018 | | | 6 keys cash payments | Cash | 600.00 |
| Deposit | 06/10/2018 | | | cash donation | Cash | 10.00 |
| Deposit | 06/22/2018 | | | Benevity donation | ACH | 3.86 |
| Deposit | 06/26/2018 | 4075 | | TN CASA payment | Check | 52.04 |
| Deposit | 07/31/2018 | | | United Way-Anonymous 2017 | ACH | 31.83 |
| Deposit | 07/12/2018 | | | Voices cash from Lip Sync Contest | Cash | 138.00 |
| Deposit | 08/01/2018 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 08/03/2018 | 7311 | | Health Place neighborhood 4th of July | Check | 25.00 |
| Deposit | 08/03/2018 | 1209 | | Health Place neighborhood 4th of July | Check | 100.00 |
| Deposit | 08/13/2018 | 4806 | | Health Place neighborhood 4th of July | Check | 25.00 |
| Deposit | 08/22/2018 | | | Benevity donation | ACH | 5.83 |
| Deposit | [illegible] | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 09/24/2018 | | | Benevity donation | ACH | 3.88 |
| Deposit | 10/01/2018 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 10/06/2018 | | | cash donations received at golf tournament | Cash | 143.00 |
| Deposit | 10/24/2018 | | | Benevity donation | ACH | 3.88 |
| Deposit | 10/25/2018 | [illegible] | | Tickets sold at Puckett's in Downtown Franklin | Check | 2,720.00 |
| Deposit | 10/21/2018 | | | Facebook | Network for Good | 25.00 |
| Deposit | 10/26/2018 | | | Facebook | Network for Good | 100.00 |

## WILLIAMSON COUNTY CASA
## Transaction Detail By Account
August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 11/01/2018 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 11/08/2018 | | | City Farmhouse Event donations night of | Cash | 115.30 |
| Deposit | 11/15/2018 | | | anonymous cash donations from City Farmhouse Event | Cash | 23.00 |
| Deposit | 11/16/2018 | 10086 | | City Farmhouse donation from Nov 1st Event | Check | 2,400.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 50.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 50.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 50.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 20.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 20.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 20.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 20.00 |
| Deposit | 11/30/2018 | | | Facebook | Network for Good | 15.00 |
| Deposit | 11/30/2018 | | | anonymous | Network for Good | 10.00 |
| Deposit | 12/01/2018 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 12/06/2018 | 9058 | | Cabo Live Auction 1/5th | Check | 780.00 |
| Deposit | 01/01/2019 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 100.00 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 60.00 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 50.00 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 50.00 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 45.00 |
| Deposit | 01/04/2019 | | | Facebook | Network for Good | 25.00 |
| Deposit | 01/15/2019 | 1466 | | Franklin Rules Shop donation from sales of December Night | Check | 1,600.00 |
| Deposit | 01/31/2019 | | | facebook | Network for Good | 100.00 |
| Deposit | 01/31/2019 | | | facebook | Network for Good | 76.00 |
| Deposit | 01/31/2019 | | | facebook | Network for Good | 50.00 |
| Deposit | 01/31/2019 | | | facebook | Network for Good | 45.00 |
| Deposit | 01/31/2019 | 220017 | | Benevity | Check | 0.01 |
| Deposit | 02/01/2019 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 02/18/2019 | | | Facebook donation on NFG | Network for Good | 807.00 |
| Deposit | 03/01/2019 | | | Anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 03/15/2019 | | | Facebook donations on NFG-Feb | Network for Good | 575.00 |
| Deposit | 03/15/2019 | | | Taste of Williamson United Way tickets | Network for Good | 360.00 |
| Deposit | 04/01/2019 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 04/05/2019 | 2502 | | Little Sprouts Sale spring 2019 donation from proceeds | Check | 8,387.50 |
| Deposit | 04/15/2019 | | | Facebook donations | Network for Good | 250.00 |

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 04/30/2019 | | | cash for Advocate Lunches | Cash | 61.00 |
| Deposit | 04/30/2019 | 684 | | Proceeds of wine sales at Music City Songstar Awards Showcase | Check | 251.00 |
| Deposit | 05/01/2019 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 05/02/2019 | | | 31 items with no names in paypal | Paypal | 3,100.00 |
| Deposit | 05/06/2019 | | | 15 auction items paid with cash the night of | Cash | 1,600.00 |
| Deposit | 05/15/2019 | | | facebook anonymous donations | Network for Good | 111.00 |
| Deposit | 05/23/2019 | | | reimbursement for advocate business cards | Cash | 29.00 |
| Deposit | 05/30/2019 | | | reimbursement for advocate business cards | Cash | 9.00 |
| Deposit | 05/30/2019 | 51393 | | Taste of Williamson County proceeds from United Way | Check | 705.90 |
| Deposit | 06/01/2019 | | | anonymous donations thru UWWC | ACH | 31.83 |
| Deposit | 07/01/2019 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.68 |
| Deposit | 08/01/2019 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28.68 |
| Deposit | 08/14/2019 | | | cash golf donations day of | Cash | 39.00 |
| Deposit | 09/01/2019 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.68 |
| Deposit | 10/01/2019 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.68 |
| Deposit | 10/18/2019 | | Center For Nonprofit Management | anonymous donation from CNM | ACH | 25.00 |
| Deposit | 11/01/2019 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28.68 |
| Deposit | 11/05/2019 | 13796 | United Way | anonymous donor thru United Way of West Tennessee in 2018 | Check | 160.00 |
| Deposit | 11/20/2019 | 1270 | Puckett's | 310 tickets sold at both Puckett's locations | Check | 3,100.00 |
| Deposit | 12/01/2019 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.66 |
| Deposit | 12/06/2019 | | | cash donation | | 1.00 |
| Deposit | 12/09/2019 | 138700 | United Way Nashville | Anonymous thru United Way Metro Nashville | Check | 300.86 |
| Deposit | 12/09/2019 | | John Doe | donation for operation santa -anonymous donors | Cash | 236.37 |
| Deposit | 12/17/2019 | 36500739 | Givinga Foundation, Inc | donations from Roundup App | Check | 12.65 |
| Deposit | 12/17/2019 | 39074723 | Givinga Foundation, Inc | donations from Roundup App | Check | 12.75 |
| Deposit | 12/31/2019 | | Facebook | Facebook donations (anonymous) thru NFG | Network for Good | 95.00 |
| Deposit | 01/01/2020 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28.64 |
| Deposit | 01/31/2020 | 40043725 | Givinga Foundation, Inc | Roundup app donations | Cash | 12.84 |
| Deposit | 02/01/2020 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.68 |
| Deposit | 02/27/2020 | | Cash | penny found | Cash | 0.01 |
| Deposit | 02/27/2020 | 41011703 | Givinga Foundation, Inc | round up donations | Check | 12.94 |
| Deposit | 03/01/2020 | | Anonymous | monthly donation from United Way Anonymously given | ACH | 28.68 |
| Deposit | 03/10/2020 | 13909 | United Way | United WAy of West TN anonymous donations | Check | 163.00 |
| Deposit | 03/10/2020 | 41213869 | Givinga Foundation, Inc | Givinga Round Up donations | Check | 13.04 |
| Deposit | 03/18/2020 | | Anonymous | Anonymous donations thru United Way Giving campaign 2018 | ACH | 114.82 |
| Deposit | 03/27/2020 | | | sale of 3 light blue office chairs | Cash | 60.00 |

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
### August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 04/01/2020 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28 66 |
| Deposit | 05/01/2020 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28 66 |
| Deposit | 05/27/2020 | | | Anonymous donation from Bridgestone employee thru United Way Metro Nashville | ACH | 15 23 |
| Deposit | 05/27/2020 | | | Anonymous donation from Genesco employee thru United Way Metro Nashville | ACH | 104 12 |
| Deposit | 05/27/2020 | | | Anonymous donation from Fifth Third employee thru United Way Metro Nashville | ACH | 339 89 |
| Deposit | 05/27/2020 | | | Anonymous donation from CHS thru United Way Metro Nashville | ACH | 70 08 |
| Deposit | 05/31/2020 | | Facebook | anonymous donations thru Facebook | Network for Good | 285 00 |
| Deposit | 05/31/2020 | | | Anonymous donation to voices | Network for Good | 25 00 |
| Deposit | 05/31/2020 | | | anonymous donation | Network for Good | 50 00 |
| Deposit | 05/31/2020 | | | Anonymous donation | Network for Good | 100 00 |
| Deposit | 06/08/2020 | 43570760 | Givinga Foundation, Inc | donations thru Givinga round up | Check | 11 85 |
| Deposit | 06/08/2020 | 43585022 | Givinga Foundation, Inc | donations thru Givinga round up | Check | 12 65 |
| Deposit | 06/08/2020 | | Anonymous | anonymous BancorpSouth employee thru UW | ACH | 49 74 |
| Deposit | 06/08/2020 | | Anonymous | anonymous Quorum Health employee thru UW | ACH | 87 60 |
| Deposit | 06/08/2020 | | Anonymous | anonymous Tractor Supply employee donations thru UW | ACH | 48 26 |
| Deposit | 06/10/2020 | | Anonymous | monthly donation from United Way-Anonymously given | ACH | 28 66 |
| Deposit | 06/29/2020 | | Anonymous | anonymous 2019 donation from Nissan employee thru UW | ACH | 5 16 |
| Deposit | 06/29/2020 | | Anonymous | anonymous 2018 donation from Truxton Trust employee thru UW | ACH | 50 71 |
| Deposit | 07/01/2020 | | Facebook | Anonymous donations on Facebook giving pages | Network for Good | 1 100 00 |
| Deposit | 08/31/2020 | | | Rockin cook | Cash | 20 00 |
| Deposit | 08/31/2020 | | Anonymous | Anonymous donation | Network for Good | 25 00 |
| Deposit | 08/31/2020 | | Anonymous | Anonymous donation thru Benevity | ACH | 13 63 |
| Deposit | 08/31/2020 | 45792864 | Givinga Foundation Inc | Anonymous gift from Givinga Foundation | Check | 15 00 |
| Deposit | 09/10/2020 | | Anonymous | Anonymous donor with Bancorp South thru UW | ACH | 42 32 |
| Deposit | 09/10/2020 | | Anonymous | Anonymous donor with Quorum Healthcare thru UW | ACH | 44 41 |
| Deposit | 09/10/2020 | | Anonymous | Anonymous donor with Tractor Supply thru UW | ACH | 38 07 |
| Deposit | 09/30/2020 | | Anonymous | anonymous donation at Pinkerton | Cash | 20 00 |
| Deposit | 11/09/2020 | | Anonymous | Genesco donor thru UW | ACH | 37 86 |
| Deposit | 11/09/2020 | | Anonymous | CoreCivic donor thru UW | ACH | 22 14 |
| Deposit | 11/09/2020 | | Anonymous | Nissan donor thru UW | ACH | 22 71 |
| Deposit | 11/09/2020 | | Anonymous | Community Health Systems donor thru UW | ACH | 37 96 |
| Deposit | 11/09/2020 | | Anonymous | Bridgestone donor thru UW | ACH | 28 50 |
| Deposit | 11/09/2020 | | Anonymous | Fifth Third Bank donor thru UW | ACH | 392 61 |
| Deposit | 11/30/2020 | | Facebook | Anonymous Donation on Facebook | Network for Good | 60 00 |
| Deposit | 11/30/2020 | | | No Shave Nov Money Order | Check | 50 00 |
| Deposit | 12/??/2020 | | Anonymous | Anonymous donations from employees at Bancorp South, Tractor Supply and Quorum Health thru United | ACH | 151 50 |

# WILLIAMSON COUNTY CASA
## Transaction Detail By Account
### August 1, 2014 through May 11, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| General Journal | 02/01/2021 | Gift Cards | | Gift Cards donated to CASA to use for Family Assistance | | 1,976.00 |
| Deposit | 03/03/2021 | | Anonymous | anonymous donor at Prudential Insurance gave thru Benevity | ACH | 50.00 |
| Deposit | 03/05/2021 | | Anonymous | Anonymous donation from Genesco employee thru United Way 2010 | ACH | 185.82 |
| Deposit | 04/15/2021 | 52209291 | Givinga Foundation Inc | Givinga donation | Check | 15.00 |
| Deposit | 04/15/2021 | 52276392 | Givinga Foundation Inc | Givinga donations | Check | 92.40 |
| Deposit | 05/25/2021 | 5729 | Givinga Foundation Inc | Givinga Foundation | Check | 90.00 |
| Deposit | 05/31/2021 | | Anonymous | Anonymous donation to Larissa Smith's fundraiser | Network for Good | 50.00 |
| Deposit | 05/31/2021 | | Anonymous | Anonymous donation to Larissa Smith's fundraiser | Network for Good | 25.00 |
| Deposit | 05/31/2021 | | Anonymous | Anonymous donation to Larissa Smith's fundraiser | Network for Good | 100.00 |
| Deposit | 05/31/2021 | | Anonymous | various anonymous Facebook donations for Voices $25, $100, $50, $5, $50, $50, $100 | Network for Good | 380.00 |
| Deposit | 06/18/2021 | | Anonymous | anonymous donors thru UW | ACH | 139.85 |
| Deposit | 06/24/2021 | | | cash donations from Juneteenth celebration at Pinkerton Park | Cash | 16.00 |
| Deposit | 06/24/2021 | 5531818) | Givinga Foundation, Inc | Givinga foundation | Check | 15.00 |
| Deposit | 07/15/2021 | | Facebook | anonymous donations on facebook thru NFG | Network for Good | 550.00 |
| Deposit | 07/22/2021 | 54166843 | Givinga Foundation, Inc | Givinga donation | Check | 18.00 |
| Deposit | 08/27/2021 | 55160714 | Givinga Foundation, Inc | Givinga Foundation | Check | 15.00 |
| Deposit | 09/15/2021 | 56432727 | Givinga Foundation, Inc | givinga giving fund | Check | 15.00 |
| Deposit | 10/05/2021 | 563 | Givinga Foundation, Inc | quarterly donation from Givinga Foundation | Check | 15.00 |
| Deposit | 10/20/2021 | | Anonymous | Anonymous donor w Fifth Third bank thru UW | ACH | 325.48 |
| Deposit | 10/24/2021 | | Anonymous | Anonymous donor w Gresham Smith thru UW | ACH | 5.05 |
| Deposit | 10/29/2021 | | Anonymous | Anonymous donor w Nissan thru UW | ACH | 58.47 |
| Deposit | 11/30/2021 | 12345 | Givinga Foundation, Inc | Givinga Foundation | Check | 15.00 |
| General Journal | 11/30/2021 | Gift Cards | | To record donated gift cards for 7/21 11/21 | | 600.00 |
| Deposit | 12/28/2021 | | Anonymous | anonymous donor thru Benevity | ACH | 25.00 |
| Deposit | 02/11/2022 | 58711361 | Givinga Foundation, Inc | Givinga donation | Check | 0.87 |
| Deposit | 03/15/2022 | | Anonymous | Anonymous donor at Fifth Third thru UW | ACH | 1,648.32 |
| Deposit | 03/15/2022 | | Anonymous | Anonymous donor at First Horizon Bank thru UW | ACH | 19.49 |
| Deposit | 03/15/2022 | | Anonymous | Anonymous donor at Gresham Smith thru UW | ACH | 20.00 |
| Deposit | 03/15/2022 | | Anonymous | Anonymous donor at Nissan thru UW | ACH | 32.77 |
| Deposit | 04/07/2022 | | Anonymous | 24 auction corks purchased with no names | Square | 2,400.00 |
| Deposit | 04/08/2022 | | Cash | silent auction corks purchased using cash night of | Cash | 1,400.00 |
| Deposit | 04/08/2022 | | Cash | cash donations received the night of | Cash | 200.00 |
| Deposit | 04/10/2022 | | Anonymous | anonymous 5 corks | Square | 500.00 |



CASA 0020