**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**DEFENDANTS EMILY LAYTON'S AND WILLIAMSON COUNTY CASA, INC.'S RESPONSE TO FORMER DEFENDANT JUDGE WOODRUFF'S MOTION TO STAY ORDER (DKT. 159)**

Judge Woodruff seeks a stay of the Magistrate Judge's August 12, 2026 Memorandum Order (Dkt. 155) compelling Judge Woodruff to sit for a deposition until (1) the Court resolves Judge Woodruff's pending Motion for Review of Nondispositive Order (Dkt. 157), and (2) Reguli "cures her ongoing contempt and responds to Layton and CASA's Interrogatory No. 1." Dkt. 159 at PageID #1588.

Layton and CASA oppose any stay that fails to preserve Layton and CASA's ability to depose Judge Woodruff following the close of discovery, should the Court deny Judge Woodruff's Motion for Review without sufficient time to depose him within the discovery period. Otherwise, Layton and CASA do not oppose a stay pending the Court's resolution of the Motion for Review.

The Court, however, should not stay Judge Woodruff's deposition until Reguli "cures her ongoing contempt and responds to Layton and CASA's Interrogatory No. 1." Layton and CASA should not be prohibited from obtaining relevant factual testimony from Judge Woodruff simply

because Reguli also refuses to provide relevant evidence and comply with the Magistrate Judge's Order.[1]

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*s/ Michael J. Stephens*
Charles F. (Fritz) Spainhour (BPR No. 34453)
Michael J. Stephens (BPR No. 36949)
Marlee G. Sacks (BPR No. 42072)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3887
fspainhour@bradley.com
mstephens@bradley.com
msacks@bradley.com

*Attorneys for Williamson County CASA, Inc. and Emily Layton*

[1] Although Reguli today filed a "Notice of Compliance" claiming that she "has complied with DE 168" by emailing her response to Interrogatory No. 1 to counsel for CASA, Dkt. 173, the undersigned counsel have received no such email as of the time of this filing.

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, upon the following:

Connie Reguli (pro se)
8009 Shelly Plum Dr.
Murfreesboro, TN 37128

I also hereby certify that on September 8, 2026, I electronically served a true and correct copy of the foregoing on Dana McLendon.

*s/ Michael J. Stephens*
Michael J. Stephens