IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**<u>DECLARATION OF FACTS</u>**

I, Connie Reguli, do certify under penalty of perjury that following:

1. The Magistrate Judge held a telephone conference on July 17, 2026 on the Joint Discovery Dispute filed by Plaintiff Connie Reguli with the Defendants Williamson County CASA, Inc. and Emily Layton. See DE 128.

2. During the discovery conference, Magistrate Judge Luke Evans turned to ask Plaintiff Reguli direct evidentiary questions related to the case. Particularly, the Magistrate Judge asked Reguli if she was changing her position and confirming that she did NOT pay the 2014 sanction.

3. I was shocked at this inquiry as this was not stated in the Joint Discovery Dispute and this was not intended to be an evidentiary hearing with a direct inquiry by the tribunal.

4. Plaintiff confirmed she had never changed her position and was not changing her testimony.

5. The court ruled Plaintiff should respond to Interrogatory No. 1 with a slight modification ending the time period to May 2022 when Layton prepared her affidavit.

6. Reguli prepared a response to Interrogatory No. 1 and sent it to Defendant CASA/Layton's counsel on September 8, 2026 via email and mail. The attached email is a true copy of the interrogatory sent to Attorney Michael Stephens at mstephens@bradley.com

EXHIBIT
1

Date: 9/15/2026

Signed: ____________________

Under 28 U.S.C.S. § 1746, a matter may be evidenced by a declaration if the declarant includes, in substantially the following form, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)
*Shelton v. Cuyahoga Metro. Hous. Auth.*, No. 24-3933, 2026 U.S. App. LEXIS 1267, at *1 (6th Cir. Jan. 14, 2026)