Gmail

**Family Forward <connie.familyforward@gmail.com>**

## Reguli / Woodruff - Interrogatory 1

1 message

**Family Forward** <connie.familyforward@gmail.com>
To: "Stephens, Mike" <mstephens@bradley.com>

Tue, Sep 8, 2026 at 6:58 PM

Original is mailed

--
Connie Reguli - Family Forward Project
connie familyforward@gmail.com
615-478-8333

**Reguli Woodruff 9 8 26 P response to interrogatory 1.pdf**
374K

EXHIBIT
2