FILED

2026 SEP 21 AM 10: 40

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**DECLARATION OF THE PLAINTIFF CONNIE REGULI**

1. I, Connie Reguli, was licensed to practice law in the State of Tennessee in 1994. I am competent to testify in this matter and I am familiar with the rates and fees in Middle Tennessee for legal services.

2. Reguli served as a prosecuting attorney in the District Attorney's office in Davidson County from 1994 - 1997.

3. Reguli also served as a clerk for Judge Hamilton Gayden in the First Circuit Court of Davidson County.

4. Reguli represented clients across the State of Tennessee and was admitted pro hac vice in Kentucky, South Carolina, and Maryland over the course of her practice. Reguli is the only known attorney to successfully sue parents for the abuse of children for money damages.

5. Reguli was counsel in more than three dozen Tennessee Court of Appeals cases.

6. Reguli was counsel of record in *Kershaw v. Levy*, 583 S.W.3d 544 (Tenn. 2019) in the Tennessee Supreme Court which rewrote the law in Tennessee for judicial estoppel.

7. Reguli also brought several actions for civil rights protections in the Federal District Court, including important opinions in *Andrews v. Hickman Cty.*, 700 F.3d 845 (6th Cir. 2012)

confirming that the Fourth Amendment would apply to social workers.

8. Reguli is also the attorney of record in an important precedent case in which the issue of solitary confinement of juveniles was addressed in the Sixth Circuit. *J.H. v. Williamson Cty.*, 951 F.3d 709 (6th Cir. 2020)

9. Reguli has represented hundreds of families and complex litigation, including juvenile dependency case, complex divorce litigation, complex litigation concerning the breaches of financial contracts, and complex estate issues.

10. Reguli has sufficient knowledge, experience, and education to state an opinion on the reasonableness of attorney fees. Reguli successfully represented a victim of sexual abuse against a major Nashville church pastoral employee. Reguli successfully represented a victim of bank fraud against SunTrust bank.

11. While Reguli has twenty-eight years of continuous practice, the defendant's counsel inclusively has a total of 25 years of practice for all three counsel. (Stephens - 8 years, Spainhour - 15 years, Sacks - 2 years = 25 years). See DE 186-1, PageID #: 2177.

12. The motion for sanctions should have required no more than two hours and it should not require three attorneys. The reply should take no more than two hours and it should not require three attorneys. The fee award should be no more than four hours at the minimum rate contracted by CASA in the amount of $460 per hour.

13. Plaintiff Reguli has had the need to retain counsel in the last twenty-four months in Davidson County whose rate is $450 per hour.

Pursuant to 17 U.S.C. Sec. 1746:

I declare certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **September 18, 2026**

Signed