FILED

2026 SEP 21 AM 10: 39

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

# EXHIBITS

SUBPOENAS
Issued by
defendants

## EXHIBIT A TO SUBPOENA

## INSTRUCTIONS

1. These Requests are separated into two categories. If you are able to produce documents responsive to the Category 1 Requests, please produce those documents together with a Declaration or Affidavit of Custodian of Records executed in accordance with Fed. R. Evid. 902(11), and the Category 2 Request need not be answered. If you are unable to produce documents responsive to the Category 1 Requests, then please produce the documents responsive to the Category 2 Request together with a Declaration or Affidavit of Custodian of Records executed in accordance with Fed. R. Evid. 902(11).

2. The production of documents made under this subpoena may be mailed or electronically submitted to the requesting party at the physical or email address of the requesting attorney within 21 days of service.

## DEFINITIONS

1. "Account" means any account, relationship, or product of any type maintained at or through You at any time from December 3, 2014 through May 31, 2022 as to which Connie Lynn Reguli (Last four SSN: 5548; DOB: 07/25/1952; additional information available upon request) was an owner, joint owner, or signatory, including checking, savings, money market, attorney trust or IOLTA, escrow, operating, payroll, business, credit card, line of credit, safe deposit, and including Accounts that have been closed.

## CATEGORY 1 REQUESTS

**REQUEST 1:** Documents sufficient to show whether there were any payments, transfers, or disbursements, in any amount and by any means, from an Account to or for the benefit of

Williamson County CASA, Inc. for the period December 3, 2014 through May 31, 2022, and if so, the dates and amounts of all such transactions.

**REQUEST 2:** Documents sufficient to show whether there were any payments, transfers, or disbursements from any Account in the amount of $3,145.50 for the period December 3, 2014 through May 31, 2022, and if so, the dates and payees of those transactions.

## CATEGORY 2 REQUEST

*As described in Instructions above, no response to this Category 2 Request is needed if You are able to produce documents responsive to Category 1 Requests.*

**REQUEST 1:** All periodic or monthly statements for each Account for the period December 3, 2014 through May 31, 2022.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bank of America, N.A. third-party subpoena processing

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: PayPal, Inc.
Registered Agent: C.T. Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

______________________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) | Civil Action No. 3:24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Pinnacle Bank
c/o Registered Agent: CT Corporation System, 300 Montvue Rd., Knoxville, TN 37919-5546

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Redstone Federal Credit Union
Attn: Legal Department, 220 Wynn Drive NW, Huntsville, AL 35893

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) | Civil Action No. 3:24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Regions Bank
c/o Registered Agent: Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Studio Bank
c/o Registered Agent: Capitol Corporate Services, Inc., 992 Davidson Dr., Ste B, Nashville, TN, 37205-1051

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Citizens Tri-County Bank
Registered Agent: L. Thomas Austin, 109 Cherry St., Dunlap, TN 37327

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Truist Bank
c/o Registered Agent: Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: U.S. Bank, Attn: Legal Department – Subpoena Processing
c/o Registered Agent: C T Corporation System Inc., 1010 Dale St. N., Saint Paul, MN 55117-5603

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) | Civil Action No. 3:24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Wells Fargo Bank, N.A.
Registered Agent: Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).