# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**<u>Plaintiff's Response to Interrogatory 1.</u>**

1. Identify every financial institution, including but not limited to banks, credit unions, savings institutions, and online financial platforms, at which you maintained an account of any type at any time from December 3, 2014 through May 11, 2022. For each institution, state its full name and current or last known address and describe all accounts you have held at the institution, including the account number, the type of account, and the dates that account was opened and closed.

ANSWER:
Plaintiff no longer has financial records before May 11, 2022 and responds based on recollection

Redstone Financial
There are multiple locations, here is one:
2404 Medical Center Pkwy
Murfreesboro, TN 37129
Car Loan, Personal savings, personal checking
No numbers available
Do not recall date opened and closed

First Union
There are no current addresses for this bank, it may have been bought out.
Savings, checking
No numbers available
Do not recall date opened or closed

SunTrust
There are multiple locations of SunTrust, here is one:
5030 Thoroughbred Ln
Brentwood, TN 37027
Cannot recall the types of accounts
No numbers available
Do not recall the date opened or closed

Studio Bank
124 12th Ave S, Ste 400
Nashville, TN 37203
Loan, Deposit account
No numbers available
Do not recall the date opened or closed

Bank of America
There are multiple locations of Bank of America, here is one:
7120 Moores Ln
Brentwood, TN 37027
Cannot recall the types of accounts, deposit accounts
No numbers available
Do not recall the date opened or closed

SouthTrust Bank
There are no current addresses for SouthTrust, it may have been bought out.
Cannot recall the types of accounts, possibly loan, deposit accounts
No numbers available
Do not recall the date opened or closed

Regions Bank
There are multiple addresses for Regions Bank, here is one:
6700 Nolensville Pike
Brentwood, TN 37027
Cannot recall the types of accounts, possibly loans, deposit accounts
No numbers available
Do not recall the date opened or closed

Pinnacle Bank
There are multiple locations for Pinnacle Bank, here is one:
5249 Hickory Hollow Pkwy, Ste A
Nashville, TN 37013
Cannot recall the types of accounts, deposit accounts
No numbers available
Do not recall the date opened or closed

USBank
There are multiple locations of USBank, here is one:
289 Franklin Rd
Brentwood, TN 37027
Loan, deposit accounts, checking, savings, custodial
Some accounts have been closed and no longer have numbers
212648901
151209022517
151211900247
251203506703
251207306415
Do not recall the date opened

Wells Fargo
There are multiple locations of Wells Fargo, here is one:
1660 Westgate Cir
Brentwood, TN 37027
Loans, deposit accounts, savings, checking
No numbers available
Do not have the date opened or closed

PayPal
2211 N 1st St.
San Jose, CA 95131
Online platform account
No account number
Do not recall when opened, currently open

Tri-County Bank
P.O. Box 697
Dunlap, TN 37327
30216681

Deposit account

These are all of the financial institutions I can recall.
Plaintiff used multiple financial institutions over the eight year period of 2014 through 2022.

In accordance with 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/8/26

________________________________

Connie Reguli

## Certificate of Service

The undersigned certifies that the foregoing was served on September 9, 2026 by email (hard copy followed) upon:

Charles Frederick Spainhour
Michael J. Stephens
BRADLEY ARANT BOULT CUMMINGS LLPS
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3814
fspainhour@bradley.com
mstephens@bradley.com
*Attorneys for Williamson County CASA, Inc. and Emily Layton*

**Connie Reguli**

________________________________