# EXHIBIT 3

**From:** "Family Forward (via Google Docs)" <connie.familyforward@gmail.com>
**Date:** September 17, 2026 at 7:32:00 PM CDT
**To:** "Stephens, Mike" <MStephens@bradley.com>
**Subject: 2026 Reguli/Woodruff - Sept 17 - joint discovery dispute**
**Reply-To:** Family Forward <connie.familyforward@gmail.com>

# Family Forward attached a document

Family Forward (connie.familyforward@gmail.com) has attached the following document:

Please see my statement of discovery dispute on CASA - we need to file this by next Friday - please advise

2026 Reguli/Woodruff - Sept 17 - joint discovery dispute

Does this item look suspicious? Report

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because connie.familyforward@gmail.com shared a document with you from Google Docs.