# EXHIBIT 4

September 18, 2026

VIA US MAIL
Michael J. Stephens
Bradley Arant Boult Cummings, LLP
1221 Broadway STE 2400
Nashville, TN 37203

Re: Connie Reguli vs. Joseph A. Woodruff, et al.
Subpoena issued to Pinnacle Bank

Dear Mr. Stephens:

This correspondence is in response to the subpoena received by Pinnacle Bank on September 17, 2026, in the above-referenced matter. For the following reasons, Pinnacle is unable to respond and hereby objects to this Subpoena:

- **An initial search using the search parameters provided revealed no records that would be responsive to this request**. If you have any information you feel would assist in identifying accounts, please do not hesitate to reach out and I will be happy to search additional records.

- Pinnacle objects to the Subpoena to the extent it seeks information that is not or is no longer in its possession, custody or control.

- This Subpoena does not describe with specificity the financial records to be produced. As written, it is unclear what information is being sought and, therefore, Pinnacle does not have means for determining whether it has complied and has no way of determining what would deem "sufficient" to evidence the transactions described in the requests.

Once all concerns above have been rectified either by additional correspondence or the re-issuance of this subpoena (whichever is appropriate given the circumstances), Pinnacle will be happy to comply and produce all responsive records. Pinnacle reserves the right to raise any additional or further objections to the Subpoena in the event that it is re-issued or additional information is provided to assist in identifying responsive records.

Should you have any questions or concerns, please feel free to contact me at the information below.

Sincerely,

Chris Keimer
Sr. Paralegal
Chris.Keimer@pnfp.com
(615) 743-8779, phone
(615) 690-1500, fax

| | |
|---|---|
| **From:** | Stephens, Mike |
| **Sent:** | Friday, September 18, 2026 2:12 PM |
| **To:** | Michael C. Paschenko |
| **Subject:** | RE: 3:24-cv-00694, Subpoena update SUB-075742 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Michael – thanks for the prompt response. We'll be on the lookout for the letter and will follow-up as needed.

Have a good weekend,

**Mike Stephens**
Partner | Bradley
MStephens@bradley.com
d: 615.252.3814

---

**From:** Michael C. Paschenko <michael.paschenko@regions.com>
**Sent:** Friday, September 18, 2026 2:10 PM
**To:** Stephens, Mike <MStephens@bradley.com>
**Subject:** 3:24-cv-00694, Subpoena update SUB-075742

Hi Michael,
For the subpoena on Connie Lynn Reguli, I was unable to locate any deposit (checking, savings, CD/IRA, money market), loan, credit card accounts within your requested timetable.
I'll have our production team send a letter on company letterhead to that regard.
Please let me know if you have any questions.
Our record number is SUB-075742.

*Thank you,*
***Chris Paschenko***
*Subpoena Processing Specialist*
*Regions Bank*
*Legal Department*
*1900 5TH Avenue North*
*Birmingham, AL 35203*
*Phone (205) 264-6390*
*Fax (205) 264-0800*
*Email: michael.paschenko@regions.com*
*Mail Code: ALBH11004B*

Internal Use

Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 855-797-9646

September 18, 2026

Williamson County CASA, Inc.
Michael J Stephens
1221 Broadway
Suite 2400
Nashville, TN 37203

**Receipt of your legal order**

Case name: RE. 3-24-cv-00694
Agency reference number: 324cv00694
Case number: 32935627

Dear Michael J Stephens,

We received your legal order with a compliance date of 10/5/2026 and are researching your request. Our response is on behalf of Wells Fargo Bank, N.A.. To the extent you are seeking records from any other Wells Fargo entity, you will need to issue legal process directed to the proper entity.

**What you need to know**

- Certain records or large requests can take longer to produce.
- If our research finds that your legal order cannot be completed as requested, we will let you know.
- Funds transfer and automated clearing house (ACH) information is reflected on account statements. If you need more detailed information about these types of transactions, please contact us.
- If you requested call recordings and/or correspondence, we will not be producing them due to the significant burden involved in compiling and reviewing these records.
- We will bill for the records we send you based on the applicable statute or regulation. If the billing rate is not specified, we will bill at our reasonable cost.
- Most electronic records will be provided on our secure website. When available, we will send an email to: mstephens@bradley.com
  - If this address is incorrect, please send an email from the correct address to LOPSummonsSubpoenaElectronicDeliveryNC@wellsfargo.com and use the reference number above as your subject line.
- Records that cannot be provided through the secure website will be sent to you by secure email or physically delivered.

If you have questions, please contact us at 855-797-9646, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Summons and Subpoenas Team

REDSTONE
FEDERAL CREDIT UNION®

September 24, 2026

Michael J. Stephens
1221 Broadway, Suite 2400
Nashville Tennessee 37203
(615) 252-3814
mstephens@bradley.com

RE: 3:24-cv-00694 Connie Lynn Reguli

Dear Michael J. Stephens,

Redstone Federal Credit Union ("Redstone") has received the subpoena in the above referenced matter. Please be advised that Redstone has searched its records and is unable to locate any documents responsive to the subpoena.

If you have further questions, please do not hesitate to contact me at mwest@redfcu.org.

Respectfully,

Mary West

Mary West
Records Management Representative
Redstone Federal Credit Union® | redfcu.org
(256) 327-1289
mwest@redfcu.org
220 Wynn Drive
Huntsville, AL 35893

**From:** Stephens, Mike
**Sent:** Monday, October 5, 2026 3:07 PM
**Subject:** FW: CONNIE REGULI vs. JOSEPH A. WOODRUFF; Case No. 324CV00694; Our Reference PP-LGL-271311-1
**Attachments:** Specific Objections and Responses - PayPal Inc.pdf

---

**From:** eeomalegalspecialist@paypal.com <eeomalegalspecialist@paypal.com>
**Sent:** Monday, September 28, 2026 4:20 PM
**To:** Stephens, Mike <MStephens@bradley.com>
**Subject:** CONNIE REGULI vs. JOSEPH A. WOODRUFF; Case No. 324CV00694; Our Reference PP-LGL-271311-1

Dear Michael J. Stephens:

We have been informed that a motion to quash the aforementioned Subpoena has been filed and is pending a decision from the court; therefore, PayPal will not be producing records until it has been properly served with notice of an agreement between the parties or an order from the court.

Should you have any further questions or need any additional information, you may contact me directly by email at EEOmaLegalSpecialist@PayPal.com. Please reference PayPal case no. PP-LGL-271311-1 for an expedited response.

Sincerely,

Alexis Dominguez
Legal Specialist
PayPal, Inc.

Copyright © 1999-2026 PayPal. All rights reserved.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended

recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**IMPORTANT NOTICE**: PAYPAL DOES NOT ACCEPT VIA EMAIL COURT FILINGS, NOTICES OF HEARING, TRIAL SETTINGS, DISCOVERY, SERVICE OF PROCESS, OR ANY TYPE OF LEGAL INSTRUMENT WHICH REQUIRES SERVICE UNDER APPLICABLE RULES OF CIVIL PROCEDURE OR ANY OTHER APPLICABLE RULE.

PayPal

*PayPal Inc.*

*2211 North First Street*
*San Jose, CA 95131*

**PAYPAL INC.'S SPECIFIC OBJECTIONS AND RESPONSES**

PayPal, Inc. ("PayPal") responds and objects to the Subpoena issued in connection with CONNIE REGULI vs. JOSEPH A. WOODRUFF et al; Case No. 324CV00694

as follows:

1. PayPal objects to the Subpoena to the extent it seeks documents that are not in PayPal's possession, custody, or control.

2. PayPal objects to the Subpoena as overly broad to the extent it seeks documents that are not relevant to the claims or defenses of any party in the Action.

3. PayPal objects to the Subpoena as the cost or burden of the requested discovery is disproportionate to the amount in controversy.

4. PayPal objects to the Subpoena as unduly burdensome to the extent it seeks documents that are in the possession, custody, and control of parties to the litigation or are publicly available. As between parties to litigation and nonparties, the burden of discovery should be placed on the latter only if the former do not possess the material sought to be discovered.

5. PayPal objects to the Subpoena as unduly burdensome to the extent it seeks documents that are not reasonably accessible.

6. PayPal objects to the Subpoena on the grounds that the categories of documents referred to in the Subpoena are vague and ambiguous.

7. PayPal objects to the Subpoena to the extent that the issuing party has failed to show a compelling need for documents it seeks which are subject to state, federal, and foreign privacy laws and regulations.

8. PayPal objects to the Subpoena to the extent that it provides insufficient time for compliance.

9. PayPal objects to the Subpoena to the extent that it does not provide notice to the other parties to the action.

10. PayPal objects to the Subpoena as unduly burdensome to the extent it calls for the personal appearance of a PayPal witness. Introduction of PayPal's business records may be achieved with equal force, and for less time and expense, by a sworn and notarized custodial affidavit.

11. PayPal objects to the Subpoena to the extent that it seeks documents protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privilege, immunity, or doctrine. Nothing contained herein is intended to be or should be construed as a waiver of the attorney-client privilege, the attorney work product immunity, or any other applicable privilege, protection, immunity, or doctrine.

12. PayPal objects to the Subpoena to the extent that it seeks documents containing PayPal's proprietary information, trade secrets, or other confidential commercial information.

13. PayPal objects to the Subpoena to the extent that it seeks consumer information protected by any state or federal law.

14. PayPal objects to the Subpoena to the extent it purports to impose obligations on PayPal other than those imposed by the rules of the jurisdiction in which the Action is pending.

15. Nothing contained in PayPal's Responses and Objections should be construed as an admission relative to the existence or non-existence of any document, and should not be considered an admission regarding the relevance or admissibility of any documents sought.

16. PayPal reserves the right at any time to revise, correct, add to, or clarify any of the Responses and Objections set forth herein.

17. PayPal also expressly reserves the right to object to further discovery into the subject matter of the requests and to the introduction into evidence of any information provided.

18. Our search in this matter does not include any accounts that may be held by PayPal (Europe) S.à.r.l. et CIE, S.C.A. If you suspect that any such accounts exist, you should send a

request for any such records to PayPal (Europe) S.à.r.l. et CIE, S.C.A. and served in accordance with the rules governing service on a foreign entity.

SpencerFane

JONATHAN FARMER
PARTNER
DIRECT DIAL: (615) 238-6309
jfarmer@spencerfane.com

September 30, 2026

**VIA EMAIL AND U.S. MAIL**

Mike Stephens, Esq.
Bradley Arant Boult Cummings LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
mstephens@bradley.com

**RE: Studio Bank Subpoena: 3:24-cv-694**

Dear Mr. Stephens:

As discussed by phone and via email dated September 28, 2026, I represent Studio Bank in regard to the subpoena issued, and Mrs. Reguli's Motion for Protective Order regarding said subpoena, in the above referenced matter. In light of the previously discussed Motion for Protective Order filed by Mrs. Reguli at Docket 189, Studio Bank formally objects to the subpoena pursuant to Fed.R.Civ.P. 45 45(d)(2)(B). I am happy to continue our discussions at your convenience, or otherwise comply upon the resolution of Mrs. Reguli's Motion for Protective Order.

Sincerely,

J Farmer

Jonathan Farmer

JPF/ams

TRUIST

FIU-Fulfillment Services
P.O. Box 620577
Orlando, FL 32809
886-97-01-76

Date: October 1, 2026 Invoice Reference #: SS-246178

ATTY. MICHAEL J. STEPHENS
1221 BROADWAY, STE 2400
NASHVILLE, TN 37203

Account Name: REGULI, CONNIE LYNN

Dear Sir or Madam:

Truist Financial is in receipt of a Subpoena Duces Tecum in the above referenced case. We have been notified by Connie Reguli, Pro Se, that a Motion to Quash has been filed. In light of the Motion, Truist Financial will hold the production of the records requested in the subpoena until receipt of an appropriate court order resolving the issue of production.

Should you have any questions, please feel free to contact me directly at (910) 272-4313 or by facsimile at 844-234-9280.

Sincerely,

Melinda Jacobs
FIU Analyst
FIU – Fulfillment Services