# EXHIBIT 5

**From:** Stephens, Mike
**To:** Family Forward; Dana McLendon
**Cc:** Spainhour, Fritz; Sacks, Marlee
**Subject:** RE: Reguli v Woodruff et al - notice of intent to serve subpoena
**Date:** Monday, August 17, 2026 1:14:33 PM
**Attachments:** 2026.08.17 - Notice of Subpoena for Documents - WCSO.pdf

---

All – there was a typo in the subpoena, so it has been corrected in the attached version, which replaces my 1:08pm email.

**Mike Stephens**
Partner | Bradley
MStephens@bradley.com
d: 615.252.3814

---

**From:** Stephens, Mike
**Sent:** Monday, August 17, 2026 1:08 PM
**To:** Family Forward <connie.familyforward@gmail.com>; Dana McLendon <dana@danamclendonlaw.com>
**Cc:** Spainhour, Fritz <fspainhour@bradley.com>; Sacks, Marlee <msacks@bradley.com>
**Subject:** Reguli v Woodruff et al - notice of intent to serve subpoena

Connie, Dana: per LR 45.01, please see attached notice of intent to serve subpoena, which we intend to serve on 8/20.

Best,

Bradley

**Mike Stephens**
Partner
e: MStephens@bradley.com w: bradley.com
d: 615.252.3814
Bradley Arant Boult Cummings LLP
ONE 22 ONE, 1221 Broadway, Suite 2400
Nashville, TN 37203