# EXHIBIT 6

**From:** Family Forward <connie.familyforward@gmail.com>
**Sent:** Friday, September 18, 2026 8:43 AM
**To:** Stephens, Mike <MStephens@bradley.com>
**Subject:** Reguli v. Woodruff - motion to file sur-reply

Mr. Stephens,

I have drafted the attached sur-reply and seek to file this on Monday
I will file a motion for permission to file the sur-reply and this email is to see if you will oppose that motion.
I appreciate your prompt response.

--
Connie Reguli - Family Forward Project
connie.familyforward@gmail.com

615-478-8333

| | |
|---|---|
| **From:** | Family Forward <connie.familyforward@gmail.com> |
| **Sent:** | Tuesday, September 8, 2026 6:59 PM |
| **To:** | Stephens, Mike |
| **Subject:** | Reguli / Woodruff - Interrogatory 1 |
| **Attachments:** | Reguli Woodruff 9 8 26 P response to interrogatory 1.pdf |

Original is mailed

--
Connie Reguli - Family Forward Project
connie.familyforward@gmail.com
615-478-8333

**From:** Family Forward <connie.familyforward@gmail.com>
**Sent:** Tuesday, May 19, 2026 12:38 PM
**To:** Spainhour, Fritz <fspainhour@bradley.com>
**Cc:** dana@danamclendonlaw.com; Stephens, Mike <MStephens@bradley.com>
**Subject:** Re: Reguli v. Woodruff et al 3:24-cv-00694

P please give me a date certain on the delivery of your complete discovery

Connie Reguli - Family Forward Project
connie.familyforward@gmail.com

**From:** Family Forward (via Google Docs) <connie.familyforward@gmail.com>
**Sent:** Friday, August 28, 2026 2:02 PM
**To:** Stephens, Mike <MStephens@bradley.com>
**Subject:** 2026 Reguli/Woodruff Aug 28 proposed protective order.docx

# Family Forward attached a document



Family Forward (connie.familyforward@gmail.com) has attached the following document:

Here is my proposed protective order. please advise

2026 Reguli/Woodruff Aug 28 proposed protective order.docx

Does this item look suspicious? Report

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because connie.familyforward@gmail.com shared a document with you from Google Docs.

**From:** "Family Forward (via Google Docs)" <connie.familyforward@gmail.com>
**Date:** September 17, 2026 at 7:32:00 PM CDT
**To:** "Stephens, Mike" <MStephens@bradley.com>
**Subject: 2026 Reguli/Woodruff - Sept 17 - joint discovery dispute**
**Reply-To:** Family Forward <connie.familyforward@gmail.com>

# Family Forward attached a document

Family Forward (connie.familyforward@gmail.com) has attached the following document:

Please see my statement of discovery dispute on CASA - we need to file this by next Friday - please advise

2026 Reguli/Woodruff - Sept 17 - joint discovery dispute

Does this item look suspicious? Report

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because connie.familyforward@gmail.com shared a document with you from Google Docs.