FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

2026 OCT -6 AM 10: 00

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**PLAINTIFF'S MOTION AND MEMORANDUM FOR SANCTIONS ON COUNSEL FOR DEFENDANTS CASA AND EMILY LAYTON FOR BAD FAITH ISSUANCE OF SUBPOENAS WITHOUT PROPER NOTICE**

Now comes the Plaintiff, Connie Reguli, pro se, and files this motion for discovery sanctions against Attorney Michael Stephens for bad faith discovery tactics in issuance of subpoenas and failure to comply with Fed. R. Civ. Proc. 45(b)(1). Plaintiff would show the following:

EXHIBIT 1: Notice of Intent to Serve Subpoena for the Production of Documents, Information, or Objects. The purpose of proper notice of subpoenas duces tecum under Rule 45(b)(1) is to provide the opposing party sufficient time to object or respond.

Attorney Michael Stephens' Certificate of Service states that it was "served by e-mail".

Under the Fed. R. Civ. Proc. 5(b)(2)(E) service may be made via electronic transmission only with consent in writing. Plaintiff has never given consent in writing for email notice of documents. Attorney Stephens knew that Plaintiff expected communication and documents by postal mail and has even criticized Plaintiff for demanding mailed copies of documents.

This was an intentional act to block Reguli from filing a timely response.

Reguli discovered the email several days after the transmission by mere happenstance or would have missed this entirely. This was done in bad faith for which Mr. Stephens should be sanctioned.

EXHIBIT 2: The subpoena to Bank of America does not provide an address or contact person for receipt of the subpoena. It merely says "third party subpoena processing". This prevented the Plaintiff from serving Bank of America with an objection.

EXHIBIT 3: The first page only of Plaintiff's motion for protective order and quash subpoenas filed on September 21, 2026. RE 189. Plaintiff filed a motion as soon as she discovered the email. A copy was sent to all bank inquiries except Bank of America because Plaintiff had no contact information. In this motion, Plaintiff put the court and the Defendants on notice that they had failed to identify the address or contact for Bank of America limiting Plaintiff's ability to mail them an objection. Defendants took no steps to correct this error.

EXHIBIT 4: A letter received from Bank of America on October 5, 2026 stating they will produce the records on October 5, 2026, if no objection has been lodged. Plaintiff attempted to call the phone number on the letter (800-432-1000), however, it requires an account number which Plaintiff no longer has. Plaintiff was prohibited from providing Bank of America a timely objection due to the mishandling of the issuance of subpoenas and notice to the Plaintiff.

This Court has the authority to sanction counsel for bad faith discovery tactics during the course of litigation.

Federal Rule of Civil Procedure 45(b)(1) requires that when an attorney issues a subpoena duces tecum, "a notice must be served on each party." Fed. R. Civ. P. 45(b)(1). The Rules do not, however, include an express provision allowing for monetary sanctions solely for a violation of Rule 45(b)(1). Rather, the courts that have imposed sanctions for violations of Rule

45(b)(1) rely upon the inherent power of the federal courts "to impose sanctions on a party and attorney for bad faith conduct during the course of litigation." *Mann v. Univ. of Cincinnati*, 114 F. 3d 1188 (table), 1997 U.S. App. LEXIS 12482, 1997 WL 280188 at * 5 (6th Cir. 1997) *citing* Chambers v. NASCO, Inc., 501 U.S. 32, 43-50, 111 S. Ct. 2123, 115 L. Ed. 2d 27 (1991); see also, *Lumbermens Mut. Cas. v United States,* 70 Fed. Cl. 94, 98 (Fed. Cl. 2006); *Spencer v. Steinman,* 1999 U.S. Dist. LEXIS 23387, 1999 WL 33957391 (E.D. Pa. 1999). *Dugle v. Norfolk S. Ry. Co.*, No. 07-40-KKC, 2010 U.S. Dist. LEXIS 150113, at *3 (E.D. Ky. Jan. 6, 2010)

While Plaintiff appreciates that this court has discretion to rule on disputes under Fed. R. Civ. P. 45, in this case, counsel doubly ignored black letter ministerial tasks intended to give notice and ability to respond to objections on substantive rights. *Lyons v. MY Pillow, Inc.*, No. 23-1308, 2023 U.S. App. LEXIS 32545 (6th Cir. Dec. 6, 2023) (abuse of discretion).

PRAYER FOR RELIEF

Defendants have been quick to seek sanctions against the Plaintiff granted by this Court under RE 168. Plaintiff prays that Attorney Stephens be sanctioned for bad faith litigation tactics and that the Defendants be required to destroy all records received as a result of this subpoena. This Court has recently sanctioned Plaintiff in the amount of $3,680 (RE 194) for discovery sanctions. Those sanctions should now be vacated as a sanction against Attorney Stephens.

This is October __6__, 2026.

**Certificate of Service**

The undersigned certifies that the foregoing was served on October 6, 2026 by CM/ECF email upon:

Dana C. McLendon III
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
(615) 310-3195 phone/text
(615) 807-3790 fax
dana@danamclendonlaw.com
*Pro Se*

Charles Frederick Spainhour
Michael J. Stephens
BRADLEY ARANT BOULT CUMMINGS LLPS
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3814
fspainhour@bradley.com
mstephens@bradley.com
*Attorneys for Williamson County CASA, Inc. and Emily Layton*

**Connie Reguli**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**DECLARATION OF FACTS**

I, Connie Reguli, do certify under penalty of perjury that following:

1. I have never given written consent for service by electronic transmission.

2. I discovered the Notice of Intent to Service subpoenas on September 21, 2026 and immediately prepared a motion for protective order and quash.

3. I filed the motion and mailed a copy to each bank in which Attorney Stephens had listed an address.

4. In the motion, I state that there was no address for Bank of America. Defendants did nothing to correct this.

5. On October 5, 2026, I received the letter from Bank of America stating that they would provide the records on October 5, 2026.

6. The gross negligence of Attorney Stephens to fail to comply with Rule 5 and Rule 45 have prejudiced my substantive rights of privacy.

Date: Oct 6, 2026 Signed: [signature]

Under 28 U.S.C.S. § 1746, a matter may be evidenced by a declaration if the declarant includes, in substantially the following form, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. *Shelton v. Cuyahoga Metro. Hous. Auth.*, No. 24-3933, 2026 U.S. App. LEXIS 1267, at *1 (6th Cir. Jan. 14, 2026)

EXHIBIT 1: Notice of Intent to Serve Subpoena for the Production of Documents, Information, or Objects.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

## NOTICE OF INTENT TO SERVE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS

Defendants, Williamson County CASA, Inc. and Emily Layton, pursuant to Fed. R. Civ. P. 45(a)(4) and L.R. 45.01(d), hereby give notice of their intent to serve subpoenas, attached hereto as **Exhibit A** for the production of documents, information, or objects on non-parties as follows:

- Bank of America
- PayPal, Inc.
- Pinnacle Bank
- Redstone Federal Credit Union
- Regions Bank
- Studio Bank
- Citizens Tri-County Bank
- Truist Bank
- U.S. Bank
- Wells Fargo Bank, N.A.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*s/ Michael J. Stephens*

Charles (Fritz) Spainhour (BPR No. 34453)
Michael J. Stephens (BPR No. 36949)
Marlee G. Sacks (BPR No. 42072)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3887
mstephens@bradley.com

*Attorneys for Williamson County CASA, Inc. and Emily Layton*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2026, a true and correct copy of the foregoing was served by e-mail upon the following:

Connie Reguli (pro se)
8009 Shelly Plum Dr.
Murfreesboro, TN 37027
connie.familyforward@gmail.com

Dana McLendon
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
(615) 310-3195
dana@danamclendonlaw.com

*s/Michael J. Stephens*
Michael J. Stephens

EXHIBIT 2: The subpoena to Bank of America does not provide an address or contact person for receipt of the subpoena. It merely says "third party subpoena processing". This prevented the Plaintiff from serving Bank of America with an objection.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bank of America, N.A. third-party subpoena processing

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 10/05/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2026

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 3: The first page only of Plaintiff's motion for protective order and quash subpoenas filed on September 21, 2026. RE 189. Plaintiff put the court and the Defendants on notice that they had failed to identify the address or contact for Bank of America limiting Plaintiff's ability to mail them an objection. Defendants took no steps to correct this error.

FILED

2026 SEP 21 AM 10: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS AND FOR SANCTIONS**

Now comes that Plaintiff, Connie Reguli pro se, and files this motion for protective order and to quash the issuance of subpoenas to Bank of America, PayPal, Inc., Pinnacle Bank, Redstone Federal Credit Union, Regions Bank, Studio Bank, Citizens Tri-County Bank, Truist Bank, U.S. Bank, and Wells Fargo Bank, N.A. **EXHIBIT 1.**

Courts are entitled to limit discovery and issue protective orders "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed R. Civ. P. 26(c)(1). The discretion that Courts have over discovery matters is broad. *Trepel v. Roadway Express, Inc.*, 194 F.3d 708 (6th Cir. 1999). *New Light Church World Outreach Ctrs., Inc. v. Impact Network, Inc.*, No. 2:24-cv-12898, 2026 U.S. Dist. LEXIS 136142, at *3 (E.D. Mich. June 18, 2026)

EXHIBIT 4: A letter received from Bank of America on October 5, 2026 stating they will produce the records on October 5, 2026, if no objection has been lodged.

BANK OF AMERICA

DE5-024-02-08
PO Box 15047
Wilmington, DE 19850-5047

# Case Update

**Reference number**
D091426800324
**Case name**
CONNIE REGULI
**Case number**
3 24-cv-00694
**Client name**
**Date**
October 2, 2026

CONNIE L REGULI
8009 SHERRY PLUM DR
MURFREESBRO TN 37128

## We received a Subpoena for your bank records and are required to respond.

If you don't want us to respond to the Subpoena, you should contact an attorney as soon as possible. We'll mail the documents on October 5, 2026, unless we receive a court order directing us not to respond.

If you have any questions or concerns about the Subpoena, you'll need to contact the party that issued the request. Here's their contact information:

Bradley Arant Boult Cummings LLP
1221 BROADWAY
SUITE 2400
NASHVILLE, TN 37203

Please fax any additional correspondence to us at 980.233.7070.

### We're here to help

If you have any additional questions, you can reach us at 800.432.1000, Monday through Friday, 7 a.m. to 10 p.m. or Saturday, 8 a.m. to 5 p.m. local time. To speak with a Spanish-speaking associate, please call us at 800.688.6086. For hearing impaired assistance, TTY or TDD, please call us at 800.288.4408. Be sure to have the reference number D091426800324 ready when you call.

Thank you for being our client.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.