FILED

2026 OCT 26 AM 10: 35
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**EXHIBIT 3.** Luke A. Evans BPR listing and LEXIS review

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

Menu

# Luke Austin Evans

Luke Austin Evans's Tennessee attorney license status is **Federal Exempt** - attorneys who serve as a justice, judge, or magistrate judge of a court of the United States or who serve in any federal office in which the attorney is prohibited by federal law from engaging in the practice of law.

Definitions of all attorney license statuses

**Name:**
Evans, Luke Austin

**Public Phone Number:**
615-736-5878

**BPR Number:**
023620

**Status:**
Federal Exempt - attorneys who serve as a justice, judge, or magistrate judge of a court of the United States or who serve in any federal office in which the attorney is prohibited by federal law from engaging in the practice of law.

**Office County:**
Davidson

**Licensed in TN Since:**
2004

**Law School:**
University of Memphis - Cecil C. Humphreys School of Law

# Public Information:

**No Public Information Available**

LexisNexis

**Results for: "Luke A. Evans"**

**Cases**

1. [Green v. Green, 2009 Tenn. App. LEXIS 69]

Court of Appeals of Tennessee, At Nashville | Feb 11, 2009 | 2009 Tenn. App. LEXIS 69

**Overview:** Because the circuit court found that the children were not, at the time of its hearing, dependent and neglected, it properly dismissed the father's petition as directed by Tenn. Code Ann. § 37-1-129(a)(1) . Because the circuit court held a trial de novo, any findings by juvenile court were of no effect.

... Judgment of the Circuit Court Affirmed. Charles G. Blackard, III , Barry L. Gardner , **Luke A. Evans** , Brentwood , Tennessee , for the appellant, Kenneth Raymond Green. Stephen W. Pate , Murfreesboro , Tennessee , for the appellee, Michelle Ann Green (Reid)...

2. State v. Graham, 2013 Tenn. Crim. App. LEXIS 637

Court of Criminal Appeals of Tennessee, At Nashville | Jul 30, 2013 | 2013 Tenn. Crim. App. LEXIS 637

... LEXIS 831 (Tenn. Crim. App., Oct. 10, 2012) Judgment of the Circuit Court Affirmed. **Luke A. Evans** and Heather Parker , Murfreesboro , Tennessee , for the Defendant-Appellant, Matthew B. Graham . Robert E. Cooper, Jr. , Attorney General and Reporter; Meredith...

3. Swader v. State, 2009 Tenn. Crim. App. LEXIS 854

Court of Criminal Appeals of Tennessee, At Nashville | Oct 07, 2009 | 2009 Tenn. Crim. App. LEXIS 854

**Overview:** Inmate's rights to effective representation under U.S. Const. amend. VI and Tenn. Const. art. I, § 9 were not violated because inmate failed to show that trial counsel was ineffective for failing to meet with him more often, and that outcome of trial would have been different if certain written motions to suppress had been filed.

... affirmed the judgment. Judgment of the Circuit Court Affirmed. Dicken E. Kidwell and **Luke A. Evans** , Murfreesboro , Tennessee , for the appellant, Le Tonio Swader. Robert E. Cooper, Jr. , Attorney General and Reporter; Mary W. Francois , Assistant Attorney...

4. State v. Moore, 2012 Tenn. Crim. App. LEXIS 52

Court of Criminal Appeals of Tennessee, At Nashville | Jan 30, 2012 | 2012 Tenn. Crim. App. LEXIS 52

**Overview:** Evidence was sufficient to support defendant's conviction of failing to appear because defendant admitted that he failed to appear for trial; defendant's alleged decision to commit suicide was not a good, reasonable excuse for failing to appear at a legal hearing and thus did not constitute a defense under Tenn. Code Ann. § 39-16-609(b)(2) .

... four-year term of imprisonment were affirmed. Judgment of the Circuit Court Affirmed. **Luke A. Evans** , Caleb B. McCain , and James T. Pinson , Murfreesboro , Tennessee , for the appellant, Joseph Dean Moore. Robert E. Cooper, Jr. , Attorney General and Reporter...

5. State v. Graham, 2012 Tenn. Crim. App. LEXIS 831

Court of Criminal Appeals of Tennessee, At Nashville | Oct 10, 2012 | 2012 Tenn. Crim. App. LEXIS 831

**Overview:** The revocation of defendant's probation was affirmed because the evidence demonstrated that defendant committed multiple criminal offenses on the evening in question; there was no proof that defendant acted in self-defense or that he would be successful if the court granted him a further reprieve.

... Don R. Ash , Judge. Judgment affirmed. Judgement of the Circuit Court Affirmed. **Luke A. Evans** (at hearing and on appeal) and James T. Pinson (on appeal), Murfreesboro , Tennessee , for the appellant, Matthew Brian Graham. Robert E. Cooper, Jr. , Attorney...

6. State v. Nachampasak, 2013 Tenn. Crim. App. LEXIS 817

Court of Criminal Appeals of Tennessee, At Nashville | Sep 23, 2013 | 2013 Tenn. Crim. App. LEXIS 817

**Overview:** A decision denying defendant's Tenn. R. Crim. P. 32(f) motion to withdraw his guilty pleas was affirmed, as defendant failed to show a manifest injustice. The evidence supported a finding that the plea was entered knowingly, voluntarily, and understandingly and there was no evidence that trial counsel failed to perform effectively.

... David M. Bragg , Judge. Judgment affirmed. Judgment of the Trial Court is Affirmed. **Luke A. Evans** and Heather G. Parker , Murfreesboro , Tennessee , for appelant, Chris Nachampasak. Robert E. Cooper, Jr. , Attorney General and Reporter; Benjamin A. Ball ...

7. In re Hannah S., 324 S.W.3d 520

Court of Appeals of Tennessee, At Nashville | Feb 12, 2010 | 324 S.W.3d 520

**Overview:** Mother's notice of appeal to the circuit court filed within ten days of entry of the order on the dispositional hearing, but more than ten days after entry of the order on the adjudicatory hearing, was a timely appeal of the adjudicatory hearing order under Tenn. Code Ann. § 37-1-159 and Tenn. R. Juv. P. 36 .

... for further proceedings. Judgment of the Circuit Court Reversed; Case Remanded. **Luke A. Evans** and Chris L. Richardson , Murfreesboro , Tennessee , for the Appellant, Shannon G. Daryl M. South and Brandon M. Booten , Murfreesboro , Tennessee , for the...

8. Austin v. Allen, 2009 Tenn. App. LEXIS 303

Court of Appeals of Tennessee, At Nashville | Mar 27, 2009 | 2009 Tenn. App. LEXIS 303

**Overview:** Although the phrasing of the first question on a special verdict form under Tenn. R. Civ. P. 49.01 could have prevented the jury from addressing all of plaintiffs' claims, the error was harmless because there was no evidence that the wording actually prevented the jury from considering all issues on the verdict form before reaching its decision.

... , Modified in Part and Vacated in Part. Frank M. Fly , James Bryan Moseley , and **Luke A. Evans** , Murfreesboro , Tennessee , for the appellants, Stephen B. Austin and Barbara Austin. W. Stanley Bennett and Dinah J. Michael , Murfreesboro , Tennessee , ...

9. Peachy v. State, 2012 Tenn. Crim. App. LEXIS 213

Court of Criminal Appeals of Tennessee, At Nashville | Mar 30, 2012 | 2012 Tenn. Crim. App. LEXIS 213

**Overview:** The denial of post-conviction relief was affirmed because there was no ineffective assistance of counsel; every document in this case belied the fact that trial counsel and the petitioner were both aware of the fact that the sentence was to be served.

... . Don R. Ash , Judge. Judgment affirmed. Judgment of the Circuit Court Affirmed. **Luke A. Evans** and Caleb B. McCain , Murfreesboro , Tennessee , for the appellant, Jacob L. Peachy. Robert E. Cooper, Jr. , Attorney General and Reporter; Rachel West Harmon...

10. State v. McFarlin, 2012 Tenn. Crim. App. LEXIS 13

Court of Criminal Appeals of Tennessee, At Nashville | Jan 09, 2012 | 2012 Tenn. Crim. App. LEXIS 13

**Overview:** In the prosecution of a murder nearly 28 years after the victim's death, the State's failure to preserve a portion of the evidence did not render the trial fundamentally unfair and the trial court correctly denied defendant's motion to dismiss the indictment where the loss of evidence could not have been attributed to the State's gross negligence.

... Don R. Ash , Judge. Judgment affirmed. Judgments of the Criminal Court Affirmed. **Luke A. Evans** , Murfreesboro , Tennessee , for the appellant, Randy Ray McFarlin a/k/a Mac Ray McFarlane. Robert E. Cooper, Jr. , Attorney General and Reporter; Clark B. ...

11. State v. Vance, 2013 Tenn. Crim. App. LEXIS 976

Court of Criminal Appeals of Tennessee, At Nashville | Nov 12, 2013 | 2013 Tenn. Crim. App. LEXIS 976

**Overview:** Testimony from victim's divorce attorney about stormy relationship between defendant and victim was relevant to establish defendant's intent and motive. Severance of offenses of evading arrest, reporting false information, and unlawful possession of deadly weapon from murder charge properly denied, as they constituted series of interrelated events.

... David Bragg , Judge. Judgment affirmed. Judgments of the Circuit Court Affirmed. **Luke A. Evans** , Heather G. Parker , and Bill Bullock , Murfreesboro , Tennessee , for the appellant, Michael Jason Vance. Robert E. Cooper, Jr. , Attorney General and Reporter...

12. State v. Johnson, 2010 Tenn. Crim. App. LEXIS 614

Court of Criminal Appeals of Tennessee, At Nashville | Jul 22, 2010 | 2010 Tenn. Crim. App. LEXIS 614

> **Overview:** The denial of defendant's motion to suppress was proper because, although his ex-wife had no actual common authority over the garage, the facts available to the officers would have warranted men of reasonable caution in the belief that the consenting party had authority over the premises.

... the trial court for trial. Judgment of the Circuit Court Affirmed and Remanded. **Luke A. Evans** and Chris L. Richardson , Murfreesboro , Tennessee , for the appellant, Edward Johnson. Robert E. Cooper, Jr. , Attorney General and Reporter; Lacy Wilber ,...

13. Ⓐ State v. Heard, 2009 Tenn. Crim. App. LEXIS 196

Court of Criminal Appeals of Tennessee, At Nashville | Mar 18, 2009 | 2009 Tenn. Crim. App. LEXIS 196

> **Overview:** Judgment granting defendant a new trial as to attempted first degree murder count was affirmed because trial court erred when it gave a supplemental jury instructions allowing the jury to consider lesser included offenses of the charged offense when the jury clearly had not agreed to acquit defendant of the charge of attempted first degree murder.

... Attorney General, for the appellant, the State of Tennessee . Brad W. Hornsby and **Luke A. Evans** , Murfreesboro , Tennessee , for the appellee, Jimmy Heard. THOMAS T. WOODALL , J., delivered the opinion of the court, in which DAVID H. WELLES and ROBERT ...

14. Smith v. Smith, 2009 Tenn. App. LEXIS 254

Court of Appeals of Tennessee, At Nashville | Mar 31, 2009 | 2009 Tenn. App. LEXIS 254

> **Overview:** Under Tenn. Code Ann. § 36-6-101(a)(2)(B) , the mother's claimed improved living conditions and improved availability of transportation were not material changes in circumstances to warrant a change in custody. Mother failed to prove the existence of a material change of circumstances and court was not required to undertake best interest analysis.

... The judgment was affirmed. Judgment of the Chancery Court Affirmed; Case Remanded. **Luke A. Evans** , Murfreesboro , Tennessee , for the Appellant, Tammy Marie Smith. Brett M. Gipson and Kim C. Gilleland , Nashville , Tennessee , for the Appellee, David Charles...

15. Yount v. Yount, 2008 Tenn. Cir. LEXIS 305

Twentieth Judicial Circuit Court of Davidson County, Eighth Circuit, Tennessee | Apr 08, 2008 | 2008 Tenn. Cir. LEXIS 305

... County, Eighth Circuit, Tennessee 2008 Tenn. Cir. LEXIS 305 April 8, 2008 , Filed **LUKE A. EVANS** , BPR #23620, FRANK M. FLY , BPR #3734, Attorneys for Defendant, Murfreesboro , TN . CAROL SOLOMAN , JUDGE CAROL SOLOMAN AGREED ORDER It appearing by the Signatures...

16. Yount v. Yount, 2008 Tenn. Cir. LEXIS 278

Twentieth Judicial Circuit Court of Davidson County, Eighth Circuit, Tennessee | Jul 14, 2008 | 2008 Tenn. Cir. LEXIS 278

... and, it is further ORDERED, ADJUDGED AND DECREED that attorneys Robin K. Barry and **Luke A. Evans** are hereby released as attorneys of record and/or sureties in this cause for the Wife and Husband, respectively. The Husband's address is: Jerry Yount 2508 ...