FILED

2026 OCT 28 AM 9: 06

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

# EXHIBITS

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: JPMorgan Chase Bank, N.A., National Subpoena Processing, Mail Code LA2-7300, 1414 Woodward Ave., Ruston, LA 71270-2015

*(Name of person to whom this subpoena is directed)*

☑ *Production.* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley.com | Date and Time: 11/11/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2026

*CLERK OF COURT*

OR

| | |
|---|---|
| ______________________<br>*Signature of Clerk or Deputy Clerk* | /s/ Michael J. Stephens<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203, mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Citibank, N.A.
Subpoena Compliance, 701 E. 60th St. North, Sioux Falls SD, 57117

*(Name of person to whom this subpoena is directed)*

☑ *Production* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A.

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley com | Date and Time: 11/11/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2026

*CLERK OF COURT*

OR

_______________________ /s/ Michael J. Stephens

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc, who issues or requests this subpoena, are:

Michael J. Stephens, 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3:24-cv-00694 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: American Express, c/o Registered Agent: C T Corporation System300 Montvue Road, 300 Montvue Road, Knoxville, TN 37919 AND American Express Subpoena Response Unit at amexsru@aexp.com

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley com | Date and Time: 11/11/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2026

*CLERK OF COURT*

OR

_______________________ /s/ Michael J. Stephens

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc. , who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No 3 24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Capital One
https.//legalportal.capitalone.com/login

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley com | Date and Time: 11/11/2026 5·00 pm |
|---|---|

☐ *Inspection of Premises* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2026

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ Michael J. Stephens
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| CONNIE REGULI<br>*Plaintiff*<br>v.<br>JOSEPH A. WOODRUFF, ET AL<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 3 24-cv-00694 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Intuit, Inc.
c/o Corporation Service Company (CSC), 251 Little Falls Drive, Wilmington, DE 19808
*(Name of person to whom this subpoena is directed)*

☑ *Production* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Exhibit A

| Place: 1221 Broadway, Suite 2400, Nashville, TN, 37203 OR via Email at mstephens@bradley com | Date and Time: 11/11/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/2026

*CLERK OF COURT*

OR

_______________________ /s/ Michael J. Stephens

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Williamson County CASA, Inc., who issues or requests this subpoena, are:

Michael J. Stephens; 1221 Broadway, Suite 2400, Nashville, TN, 37203; mstephens@bradley.com; 615.252.3814

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).