**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

**[PROPOSED] AGREED ORDER GRANTING MOTION TO STRIKE (DKT. 200)**

This action came before the Court on Williamson County CASA, Inc.'s Motion to Strike Dkt. 195-1 (Dkt. 200). It appears to the satisfaction of the Court, as evidenced by the signatures of Ms. Reguli and counsel for Layton and CASA below, that the parties have agreed to the relief requested in CASA's Motion. Accordingly, the Court hereby GRANTS CASA's Motion and ORDERS that the Clerk of Court shall:

1. Strike Exhibit 1 to CASA's Response in Opposition to Plaintiff's Motion for Protective Order and to Quash Subpoenas and for Sanctions (Dkt. 195-1) from the public docket;

2. Replace Exhibit 1 to CASA's Response in Opposition to Plaintiff's Motion for Protective Order and to Quash Subpoenas and for Sanctions (Dkt. 195-1) with Exhibit 1 to CASA's Motion to Strike (Dkt. 200-1).

IT IS SO ORDERED.

This _____ day of __________________, 2026.

________________________________________
JUDGE

SUBMITTED FOR ENTRY:

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Michael J. Stephens*
Charles F. (Fritz) Spainhour (BPR No. 34453)
Michael J. Stephens (BPR No. 36949)
Marlee G. Sacks (BPR No. 42072)
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3887
fspainhour@bradley.com
mstephens@bradley.com
msacks@bradley.com

*Attorneys for Williamson County CASA, Inc. and Emily Layton*

*/s/ Connie Reguli (with permission)*
Connie Reguli
8009 Shelly Plum Dr.
Murfreesboro, TN 37128
(615) 478-8333

*Pro Se*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, upon the following:

Connie Reguli (pro se)
8009 Shelly Plum Dr.
Murfreesboro, TN 37128

I also hereby certify that on October 30, 2026, I electronically served a true and correct copy of the foregoing on Dana McLendon.

*s/ Michael J. Stephens*
Michael J. Stephens