IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
NOV 03 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

6. July 13, 2026 - Defendants letter to plaintiff with attached documents CASA_00001 - CASA_00014 and Layton_00001.

**Mike Stephens**
Partner
mstephens@bradley.com
615.252.3814 direct

Bradley

July 13, 2026

**VIA US MAIL**

Connie Reguli
8009 Shelly Plum Drive
Murfreesboro, Tennessee 37128
Connie.familyforward@gmail.com

**RE: *Reguli v. Woodruff, et al.*, United States District Court for the Middle District of Tennessee, Case No. 3:24-cv-00694; Williamson County CASA, Inc. and Emily Layton's Production of Documents**

Dear Ms. Reguli:

This letter accompanies the production of documents by Defendants Williamson County CASA, Inc. ("CASA") and Emily Layton in response to your Requests for Written Discovery in the above-captioned matter.

CASA produces the documents Bates-labeled CASA_00001 through CASA_00014 and Layton produces the document Bates-labeled LAYTON_00001. CASA and Layton also produce the documents Bates-labeled WCSO_00001 through WCSO_00026, which reflect documents that CASA and Layton obtained from the Williamson County Sheriff's Office in response to a public records request. CASA and Layton applied the "WCSO_" Bates-labeling to the documents for identification purposes. Otherwise, WCSO_00001-00026 are a complete, accurate production of the documents received from the Williamson County Sherriff's Office.

This production is made subject to, and without waiver of, the objections and responses previously served by CASA and Layton in their respective written discovery responses, all of which are expressly reserved. As explained in our July 10, 2026 correspondence, additional responsive materials — including CASA's ledger of income and its insurance policy — will be produced upon the entry of a protective order. We renew our request that you provide comments to the proposed protective order we sent you on June 19, 2026, or advise us of your position.

CASA and Layton reserve the right to supplement or amend this production as discovery continues. Please contact me should you have any questions.

Sincerely,

Mike Stephens

Mike Stephens

- Credentials:
  - Username: [redacted]
  - Password: [redacted]
- Click "Account Access" to log in.
- Use CNM to sign up for professional development courses and post available jobs. If you need to remove a job posting, fill out the contact form on the CNM website letting them know the details of the posting and they will remove it for you.

Amazon Prime

- Login Credentials [redacted]
  - Username: [redacted]
  - Password: [redacted]
- You can order any basic supplies the office needs from Amazon. Just be sure to print out all receipts for the bookkeeper folder.

Printing Processes

- The customer service number for the printer is on the front. The printer is pretty user-friendly for any basic office needs such as scanning or printing.
- Occasionally the scan to email function breaks, reach out to Nova Tech first, but I also left a cheat sheet on how to reprogram it yourself in the top drawer of your filing cabinet.

General Office Maintenance

- Trash is picked up on Wednesday morning. Roll the trash out to the sidewalk on Tuesday afternoons, right on the edge of the street. If they do not pick it up, call the city to let them know sometimes they miss it.
- Emily schedules cleaning, and will let you know when they are supposed to come.
- Arrow Exterminators stops by to spray for bugs occasionally

## Development Support

Network For Good

https://williamsoncountycasa.dm.networkforgood.com/

- Login Credentials: [redacted]
  - Username: [redacted]
  - Password: [redacted]
- To Change Account Information:
  - On left-hand side, click "Settings" and then "Admins"
  - Click "Edit to the right of "Tara Woodruff" and change to new Admin. Assistant's info.
- Responsibilities in NFG

- *NFG is very intuitive, but I will give you a few starter tips here! These are not full directions, but should help you become familiar. They also have a phenomenal "chat for help" aspect that floats on the lower right-hand corner of the screen*
- Enter all incoming donations
  - On left-hand side choose "Giving"
  - Click green "Add Donation" button and fill out all appropriate information.
    - If it is a check donation, in the "Payment Description" portion, include the check # and date it was written
    - If it is a grant or has specific fund restrictions, include those in the "Donation Notes"
  - For new donors, you must first create a contact. To check if they already are a contact, you can search on the "Giving" page or "Contacts"
  - All cash, square and ach payments (made through other websites such as Benevity and Your Cause) must also be entered in NFG.
    - The bookkeeper will share a monthly income report with you and the Director of Development at the end of the month to reconcile with NFG
- Assist Director of Development with stewardship activities
  - Send donation acknowledgments when appropriate (Emily and Courtney can help you determine this, generally all donations require an acknowledgement unless coming from a private donor fund)
  - From the "Giving" page, each donation either has a yellow exclamation mark (unacknowledged) or green check mark (acknowledged), hover over this icon to send or view sent acknowledgements. You can click "Send Email", "Send Letter", or "mark as acknowledged". If you choose send email it takes you to a page where you can choose from saved templates. Send Letter will take you to a similar page that allows you to download a printable pdf
    - Creating new Acknowledgement Templates (you must create templates for both letters and emails separately):
      - Email Templates: "Communications" → "Email Blasts" → "Templates" → "Add Template" → "Donation Acknowledgement"
      - Letter Templates: "Communications" → "Direct Mail" → "Templates" → "Add Template" → "Donation Acknowledgement"
    - You can also create copies of templates if you are going to recycle one but need it to be for a different time period.
- Create New Campaigns
  - Naming conventions is always "Year Event" for example, "2022 Twice Daily Playhouse Raffle". Non annual campaigns (i.e. general donation, 3rd




CASA_00002

party fundraiser) are already created and can be selected when entering donations
        - "Giving" → "Campaigns" → "Add Campaign". Only do this if you will NOT be using a fundraising page for the campaign.
    - Create Event/Fundraising Pages
        - "My Tools" (upper-right hand corner) → "Fundraising Pages" → "Add Campaign" → Select appropriate event type
            - If you want to create a copy of a previous campaign page like for Playhouse whose info. stays pretty much the same each year:
                - Scroll down to the appropriate event page: "Manage" → "Actions" → "Clone Event" then you can go through and make any necessary edits.
        - Event pages are where you can find the link to the event site, set up ticket prices and purchase options, etc.
            - A note on ticket purchases:
                - To enter tickets purchased in person for an event like playhouse or voices, visit the appropriate event page "2022 Twice Daily Playhouse Raffle" → "Actions" → "Add Ticket Purchase"
    - Pull Donation Reports for bookkeeping, end of year, or audits
        - Back to the Main NFG Dashboard
        - "Giving" → Select desired filter ("donations greater than 100) → Check box next to "Contact" column to select all donations with that filter → "Bulk Actions" → "Export"
        - An excel file will be sent to your email or all exports can be found on NFG in "Settings → "Exports"

<u>Bookkeeper Folder</u>

- All copies of checks, deposit receipts, purchase receipts, and bills go into the yellow folder on the cabinet behind your desk for the bookkeeper to pick up, usually once a week.
- Write reason for purchase and date on the receipt/ invoice for the bookkeeper
- ALL DONATIONS NEED TO BE ENTERED IN NFG BEFORE GOING IN THE BOOKKEEPER FOLDER

<u>Deposit Slips</u>

- For any check or cash donations, it is your responsibility to prepare the deposit slips, which can be found in the top drawer of your filing cabinet, in a hanging file labelled "Finances" > "Deposits"
    - For checks identify by last name on check
    - Include any cash donations
    - White slip with cash and checks into the first bank money bag

    - Give to Director of Development to deposit, make sure they save the receipt to be placed in the bookkeeper folder
    - Yellow slip should be saved and stapled to copies of checks and itemized cash donation list with the deposit receipt all placed in the bookkeeper folder
- Stamp back of checks
- Make 3 copies of each check, 1 for bookkeeper, 1 for Director of Development, 1 for you (binder labelled "donations" on the bottom shelf of the cabinet behind your desk is where these copies live.
    - Label with NFG campaign
- Make sure all cash and checks are deposited before end of the month. Try not to keep large quantities of money in the office over the weekend.

Thank You Cards

- Help the Director of Development keep track of thank you cards on a monthly basis
- All donations of $500 or above, or new donors
- The template https://www.canva.com/design/DAEx42FX_yA/d_xlM_wZKN-snnSKvar53g/view?utm_content=DAEx42FX_yA&utm_campaign=designshare&utm_medium=link&utm_source=homepage_design_menu we use can be downloaded from our Canva account and is named "Thank You Card". I just print these in the bypass tray on blank Avery (5315) notecards ordered from Amazon

Website Management (www.williamsoncountycasa.org)

- We use Squarespace for our website. https://login.squarespace.com/
- Squarespace Cred[redacted]
    - Username: [redacted]
    - Password: [redacted]
- This is where we edit our website, it is very user friendly and they offer many trainings on their website. Once you login, you will be brought to a dashboard but all the editing happens on the "website" button
- Once you do make any edits you have to select "publish" in order for our website to also be updated.
- National CASA has approved Campaign photos we are allowed to use on our website. This is just something to keep in mind in case they shift from Change A Child's Story, then the website images will need to be replaced.

Purchasing Processes

- Tax Exemption
    - Our form can be found in the top drawer of your filing cabinet. I recommend keeping lots of copies printed and storing some in your purse and car, as well as digital copies on your email. It's helpful for stores that do not already have our information.

- Some specific stores: Hobby Lobby, Walmart, Kroger; require a specific card, if you do not bring the card they will make you get a new one or pay tax. These cards can be found in our business card folder, which the Director of Development has

<u>Social Media & Event Media</u>

- Canva is the graphic design platform that we use, and it's very user-friendly with plenty of templates to work off as a starting point. You can download any of our past designs through our page, going back to the end of 2021. Prior to that we used PicMonkey, we can't login to our old page since we do not pay for it anymore, but all designs live on a zip drive in SharePoint
  - Username[redacted]
  - [redacted]
- Social Media
  - Each month you design social media posts and create captions for our Facebook and Instagram accounts. I would create the graphics in Canva, download the images and save them all in a word document for the month with planned dates and proposed captions under each image (if something else makes better sense for you feel free to try it out!) Then I would share the document with the Director of Development and Executive Director for feedback and edits.
  - Once they share their feedback, you plan all the posts through Facebook's publishing tool, you can schedule both Instagram and Facebook at the same time.
  - You will need to be given admin. Capabilities to our Facebook page in order to schedule posts
  - TN CASA also sends out a few social media images each month that you can use.
  - We also have this Communications Calendar from 2021 from a non-profit consultant (This PC →Documents →Social Media → 2021Communications Calendar), that can be used as a general framework for different types of posts each month
  - If you attend a webinar or read something for continuing ed., you can create infographics of any relevant and appropriate information. Just be sure to cite your sources.
  - You can get free stock photos from: Pexels, Unsplash, Pixabay
- Event Media
  - The Director of Development and Executive Director (occasionally program staff too) may ask you to create a graphic, flyer, invitation, event page, etc. This can all also be done in Canva. They have pre-saved paper sizes to fit all your needs. This is where your creative license comes in!
    - If it is for an event like Voices, I would start with a tasteful background, something that isn't too distracting or colorful so we can still print in house if we need to. Then I pick a general color and font theme that I will use for all of that event's social or print media to help provide uniformity

    - For Playhouse since the title sponsor has been consistent I try not to stray too far from past color and font themes that have previously been approved.
  - QR codes are really useful to include on event media, especially to donation pages. They are super easy to create, I liked to use this link for free: QR Code Generator | Create Your Free QR Codes (qr-code-generator.com). Just enter whatever you want the qr code to be for into the drop box, pick a frame (normally I chose the black border with "Scan Me" at the bottom, because not everyone knows what to do with a qr code) and then download as a jpg.

Events

We have 2 annual fundraising events: Voices for Children and the Twice Daily Playhouse Raffle. Voices for Children is in the spring (April/May) and it is a sit-down dinner, cocktail hour, silent and live auction event with program awareness. The Twice Daily Playhouse Raffle takes place in October, tickets going on sale in September and is a raffle drawing to win a uniquely constructed children's playhouse.

- Twice Daily Playhouse Raffle
  - Twice Daily has been the title sponsor of our playhouse raffle for many years.
  - Raffle tickets are $20 each, participants can purchase as many tickets as they want
  - We print raffle tickets in house, and the template is very picky so we typically reuse the same tickets each year and change the appropriate information. I suggest a few test runs of front and back printing before printing too many.
    - We order BlanksUS 1000 small numbered raffle tickets, these can be ordered from Amazon or Staples, just search through our past orders for reference.
    - Once someone purchases a ticket fill out their information, put their stubs in the fishbowl.
      - Most tickets are purchased online, participants do not need physical copies of their raffle ticket, but keep them just in case. Group their tickets together with and label a sticky note with their name
    - Keep all ticket stubs for audit purposes
  - As mentioned earlier assist with all event media design and distribution including flyers, and social media promotion
  - Event page can be created in NFG, please see above.
  - Edit website to promote event once tickets are on sale
  - Take notes during committee meetings and share with group
  - Enter offline ticket purchases into NFG and send acknowledgements for all tickets purchased
  - Puckett's helps us sell tickets, they sell to customers for $10 and match the remaining $10 donation.

- The winning ticket is drawn in person and on Facebook Live. The winner does not need to be present to win.
- As event progresses, and once it wraps up maintain a binder of materials for future reference. See past binders in your cabinet for reference.

- Voices for Children
  - Assist the Director of Development with venue planning, auction item acquisition, sponsor and donor acknowledgements
  - This event has both a live and silent auction. The live auction consists of 3 large items, valued at $1000 or greater. The silent auction consists of 100 items, ranging in value from $100-$1000. Our silent auction is a little different from typical ones. Participants spend $100 to purchase a "wine cork" labelled with a number pertaining to an auction item, they randomly pick a cork from the fishbowl and win the number on the cork. They can purchase as many corks as they like.

    Elizabeth / Jewel / Amplify for Award

    - We accept payments through square and cash for the auction items.
      - Square
        - Username: [redacted]
        - Password: [redacted]
    - Checks for any general gifts made through the evening.
    - Make sure the live auction winners receive a tax receipt before leaving
    - Committee members divide and conquer with acquiring auction items. Master list from last year: https://docs.google.com/spreadsheets/d/1xB3JSumnsiOZ3_D-hlGhNvxzBAUGlcl3uaGcSgDHz4M/edit?usp=sharing
  - Help make sure auction items are picked up or delivered to CASA office, as well as aiding with presentation of items for the night of the event
  - Design event print and social media
  - All donations from the evening, including auction items must be entered into NFG.
  - In-Kind donation receipts need to be sent to all donors of auction items once the event is over
  - Like Playhouse, maintain a binder for the event throughout the process. Past years can be found in the cabinet behind my desk.
  - Bidding Owl
    - During the height of COVID-19 we used this digital platform for the auction. Hopefully we do not need to use this anytime soon.
      - Be sure to export any reports or auction information from Bidding Owl prior to setting up the new auction site. Once that information is deleted, we cannot get it back.
    - Login credentials:
      - Username: [redacted]
      - Password: [redacted]
- A CASA Child's Journey

  - This is an interactive experiential tour of an abused or neglected child's typical journey through the juvenile justice system. Participants are placed in the viewpoint of the child and hear from a foster parent, CASA volunteer, juvenile court representative and a former CASA child.
  - Sign Up Genius
    - Credentials
      - Username: [redacted]
      - Password: [redacted]
    - We use Sign Up Genius to create the sign up page for the event. Once signed in, hover over the three dots next to the previous sign up and select "Duplicate" this will make a copy and you can edit all the appropriate information as necessary
  - Print "Child Cards"
    - Print enough child cards on blank avery postcards for all participants who sign up. The image can be found on Canva, named "CASA Child's Journey Card". A pre-saved template ready to print can be found in: Documents > 2022 Events > A CASA Child's Journey (Summer) > "Child Cards FINAL Print Version 2022"
    - Place small round inventory stickers on child cards, choose two different colors
  - Order enough trash bags for all participants
  - Act as timekeeper for the tours on day of event
- End of Year Ask
  - Design (Canva) and order (Vista Print) end of year holiday cards (already ordered for this year)
  - Order:
    - Donation Card Envelopes (Amazon)
    - Holiday stickers to seal envelopes (Amazon)
  - Print PO Box Address labels for donation card envelopes
  - Print Return Address labels for front of main envelope
  - Help Director of Development coordinate volunteers to hand address envelopes
  - Remind Director of Development to order donation cards from That's Printing, Inc.
  - Assist with pulling and formatting mailing address lists for volunteers
- General Tabled Events
  - All the supplies for tabled events or agency fairs can be found in the two suitcases across from the supply closet.
  - Bring:
    - iPad for potential donations
    - Upcoming event media
    - Program awareness materials/ how to become volunteer info.
    - There is also a sample list of supplies: This PC > Documents > Development Materials > Agency Fairs > Checklist



Case 3:24-cv-00694 Document 214-6 Filed 11/03/26 Page 10 of 16 PageID #: 2756
CASA_00008

Williamson County CASA Accounting Policies & Procedures

**General:**

The purpose of Williamson County CASA's Accounting Manual is to explain accounting policies and procedures adopted by Williamson County CASA. Compliance with the stated procedures and policies is mandatory to provide the following:

1. Accurate and complete disclosure of the financial results of activities or programs
2. Effective control over and the accountability for all funds, property and assets.

**Cash Receipts:**

The principal steps in the cash receipt process are:

The office administrator enters all checks, cash and credit card transactions into our Network for Good database, stamps all checks "for deposit only" , makes a copy of each check, and prepares the bank deposit slip. The checks and cash are kept in a safe until a deposit can be made.

The office administrator submits the following to the Executive Director for verification: the endorsed checks and the correct account allocation for each deposit. The Development Director then verifies the deposit and takes to the bank for deposit. The deposit slip receipt is attached to the deposit documentation and given to the bookkeeper to be entered into the accounting software.

**Authorizing Payments:**

The Executive Director shall be responsible for all payments on behalf of Williamson County CASA. Payments may be made by a bookkeeper so long as any and all payments made are made only upon receipt of proper authorization by the Executive Director or Board designee. Payments may be made in a variety of ways, including checks, bank transfer, credit card and cash (in special/exceptional cases).

Before any payment is made, the following must be verified:

- Correct authorization of the payment
- Payment is made against the proper budget line item
- Final payment is made only after actual receipt of goods and services
- Original approved invoice

All checks over $2,500.00 shall be signed by two (2) of the following officers: President, Vice-President, Treasurer, Secretary, Executive Director, Development Director or others as designated by the board of directors. Notwithstanding the above, regardless of amount all payments to the executive director shall be signed by the Executive Director and one of the following officers: President, Vice-President, Treasurer or Secretary.

**Check Requests:**

Requests for checks should be submitted to the Executive Director and/or bookkeeper and include the original invoice, purchase request or reimbursement request. Check requests will be processed, at a minimum, once a week and then submitted for proper approval signatures.

**Expense Reimbursement Requests:**

When a credit/debit card or petty cash is not available to purchase a necessary expense for the organization, and an individual's person funds are used, the expense must be pre-approved by the Executive Director (and requisite officers if required by this policy). Personal funds should be used in rare occurrences and only when absolutely necessary. Failure to secure advance approval could result in expenditures, which are deemed unacceptable. Unacceptable expenditures will not be honored by Williamson County CASA and in such cases; the individual will be held solely responsible and will not receive reimbursement. Note: Itemized receipts are a necessity for *all* purchases. Receipts showing only a total balance and not a detail of each charge incurred are not considered an acceptable receipt of payment.

**Petty Cash Fund:**

Petty cash funds are to be used for miscellaneous or unexpected purchases. All disbursements made from petty cash are acknowledged in writing by the receiving party. All money returned to the petty cash fund is counted and verified by another staff member. Receipts for items purchased with petty cash must be included with the return. The dollar limit for each use of the fund is set at the Board of Director's discretion, currently $100.00.

Items *Not* to be purchased or paid for with petty cash funds include:

1. Personal services or personal items, such as flowers, candy, foods, beverages, etc.
2. Sales tax. (obtain tax-exempt letter prior to purchase).

**Credit Card/Debit Cards:**

Williamson County CASA has been issued two Master Card Debit Cards by Franklin Synergy Bank. The card holders will be the Executive Director and the Director of Development. The following rules and procedures apply to anyone who utilizes the Williamson County CASA Credit/Debit Card.

- The credit/debit cards can be used for business purposes only; in-store purchases as well as mail, phone or internet orders. Purchases using the credit/debit card are for the use and benefit of Williamson County CASA. Authorized cardholders are responsible for the security of their card and the transactions made against it. If a cardholder authorizes another individual to use the card, the cardholder is responsible for the charges. Use of the card not in accordance with established guidelines may result in personal liability. **Any credit/debit card charge of $2500.00 or greater should be noted separately and submitted to the Board Treasurer for approval.**

CASA
Court Appointed Special Advocates
FOR CHILDREN
TENNESSEE

- Williamson County CASA is exempt from Tennessee sales and use tax. Employees should obtain a copy of the tax exempt form from the Executive Director before making a purchase and remind all vendors of the exempt status in order to not pay sales tax.
- In the event a card is lost or stolen, the cardholder must contact the Executive Director or Bookkeeper immediately in order to cancel the card.
- To facilitate the reconciliation and approval process, the employee is responsible for turning in all credit/debit card slips, cash register receipts, packing slips, etc. within 5 business days. If a detailed invoice cannot be obtained, the employee must first contact the supplier to obtain a copy; otherwise they must write up an itemization of the charges and turn them in to the Executive Director and/or Bookkeeper.
- The cardholder is responsible for contacting the Executive Director on any erroneous or disputed items as soon as possible. The Executive Director and/or Bookkeeper will review the statements for discrepancies. If any items are not recognized, they will contact the cardholder. If inappropriate or questionable purchases appear, the employee should supply a justification. If the justification is insufficient, steps should be taken to return the goods or the employee should pay for the questionable charges.
- All employees issued a credit/debit card are required to sign the attached credit/debit agreement form.

**Inventory:**

All general supplies purchased as property of Williamson County CASA shall be added to an "Inventory List" maintained for record-keeping purposes monthly.

Any single item costing $1,000.00 or greater should be noted separately and submitted to the Executive Director. This allows the items to possibly be maintained on a compiled "Fixed Assets" list for auditing purposes.

**Bank Reconciliation:**

A monthly bank reconciliation is prepared to reconcile bank statements with the bank ledger from the accounting software. The bank reconciliation is prepared by the bookkeeper or the Executive Director, if no bookkeeper is in place. The bookkeeper will attach the completed bank reconciliation to the applicable bank statement, along with all documentation. The reconciliation report will be reviewed, approved, dated, and initialed by the Executive Director and/or Board designee.

**Month-end Closing Schedule and Fiscal Year-End Close:**

All receipts, invoices and expense related documentation must be turned in by the 5th business day of the month following the month the expenses/activity occurred in. (Example, all August receipts,

invoices and expense related documentation should be turned in by September 5th – or the next business day immediately following the 5th day, if it falls on a Saturday or Sunday).

At the end of each month and fiscal year end the bookkeeper will prepare monthly and Fiscal Year Profit and Loss and Balance Sheet reports for Executive Director and Board review and approval. The bookkeeper will prepare a yearly budget to be approved by the Board. At the end of the fiscal year, the financials will be audited by an outside CPA and an annual Tax Return will be prepared. The return will be presented to the Executive Director and Board for review and approval before filing by the annual deadline. All other appropriate government filings will be completed and filed with the appropriate agency.

**Payroll Processing:**

Williamson County CASA is paid semi-monthly on the 15th and the last day of the month. The bookkeeper will process payroll two (2) days prior to the 15th and last day of the month. If the 15th and/or last day of the month falls on a weekend or holiday, payroll will be submitted two (2) business days prior to the payday. Paychecks will be direct deposited to the employees designated bank account. All quarterly federal and state payroll reports will be prepared and filed appropriately. All W-2 statements are issued to employees prior to January 31st of the following year for the prior calendar year.

**Fiscal Policy Statements:**

1. All cash accounts owned by Williamson County CASA will be held in financial institutions which are insured by the FDIC. No bank account will carry a balance over the FDIC insured amount.
2. All capital expenditures which exceed $1,000 will be capitalized.
3. Employee or public personal checks will not be cashed through the petty cash fund.
4. No salary advances will be made under any circumstances.
5. Reimbursements will be paid upon complete expense reporting and approval.
6. The Executive Director and one designated Board and staff member are the signatories on Williamson County CASA's bank accounts. Disbursements exceeding $2,500 require a second signature by an authorized board or staff member.
7. Bank statements will be reconciled monthly. All bank statements will be given to the Executive Director and/or Board designee for review.
8. Accounting and personnel records will be kept in secure files and only parties with financial and/or HR responsibility will have access.

CASA
Court Appointed Special Advocates
FOR CHILDREN
WILLIAMSON COUNTY

Williamson County CASA, Inc.
P.O. Box 680774
Franklin, TN 37068-0774
(615) 591-2699 Fax: (615) 591-2824
www.WilliamsonCountyCASA.org

May 2, 2022

The Circuit Court of Tennessee
Twenty-First Judicial District, Division I
135 Fourth Avenue South, Suite 286
Franklin, TN 37064
Attn: The Honorable Judge Joseph A. Woodruff, Circuit Judge

**Re: Connie Reguli**

Judge Woodruff,

In response to your letter dated April 29, 2022, I have reviewed the regularly maintained business records and found no evidence of payment from Ms. Connie Reguli in the amount of $3,145.50.

If you require anything further, please advise.

Sincerely,

Emily Layton

Emily Layton
Executive Director, Williamson County CASA

This project is funded under a grant contract with the State of Tennessee and with the support of United Way

2:30

< 18



**Dana** ›

iMessage
🔒 Encrypted

May 3, 2022 at 1:56 PM

Dana C. McLendon III

Dana@danamclendonlaw.-
com

I sent an e-mail your way

Got it

May 11, 2022 at 4:07 PM

Dropped it off

Delivered

Thanks.

+ iMessage