IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
NOV 03 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

8. July 16, 2026 - Defendant letter to plaintiff with CASA_0015 - CASA_0017

**Mike Stephens**
Partner
mstephens@bradley.com
615.252.3814 direct

Bradley

July 16, 2026

**VIA US MAIL**

Connie Reguli
8009 Shelly Plum Drive
Murfreesboro, Tennessee 37128
Connie.familyforward@gmail.com

**RE: *Reguli v. Woodruff, et al.*, United States District Court for the Middle District of Tennessee, Case No. 3:24-cv-00694; Williamson County CASA, Inc.'s Production of Documents**

Dear Ms. Reguli:

This letter accompanies the production of documents by Defendant Williamson County CASA, Inc. ("CASA") in response to your Requests for Written Discovery in the above-captioned matter.

CASA produces the documents Bates-labeled CASA_00015 through CASA_00098. This production is made subject to, and without waiver of, the objections and responses previously served by CASA in its written discovery responses, all of which are expressly reserved.

CASA and Layton reserve the right to supplement or amend this production as discovery continues. Please contact me should you have any questions.

Sincerely,

[signature]

Mike Stephens


Bradley Arant Boult Cummings LLP | ONE 22 ONE | 1221 Broadway, Suite 2400 | Nashville, TN 37203 | 615-244-2582 | bradley.com

## Contacts

All Contacts (/users) Edit (/users/2931437/edit)

### Ms. Connie Reguli

C (/users/2931437)

Manage household for Connie (/households/7652441/edit)

1620 Westgate Cir, Ste 150, Brentwood, TN 37027-8035(http://maps.google.com/?q=1620 Westgate Cir, Ste 150, Brentwood, TN 37027-8035)*(home)*

View custom fields (/user_profiles/2931437/custom_fields)

$1
$1
$1
$1
$1
$1
$0
$0
$0
$0
$0

**$0**
Year to Date

**$0**
Lifetime

**$0**
Average

## Interactions

Add New

### $ Giving

Add (/users/2931437/donations/new)

### Pledges

Add (/pledges/new?user_id=2931437)

### Tasks

Add (/users/2931437/tasks/new)

### Communication

Send & Track Personal Email (mailto:?bcc=williamsoncountycasa@inbound.dm.networkforgood.com)

Add

## Groups

- 2020 Virtual Voices Donors
- 2021 End of Year Donors
- 2021 Virtual Voices
- 2021 Virtual Voices 2021
- 2021 Virtual Voices VIP Ticket Purchasers
- Advocates (August 2022)
- Current Board Member
- End of Year 2020 potential donors
- Former Board Member
- info@williamsoncountycasa.org

Show More

## Relationships

Add (/users/2931437/relationships/new)

## Notes

Add (/users/2931437/notes/new)

## Recent Activity

Network for Good (http://www.networkforgood.com)