RECEIVED
NOV 0 3 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CONNIE REGULI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00694** |
| | ) | |
| **JOSEPH A. WOODRUFF, et al.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Evans** |
| **Defendants.** | ) | **JURY DEMAND** |

11. September 2, 2026 - Plaintiff Notice of Rule 30(b)(6) deposition

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CONNIE REGULI<br>Plaintiff<br>v.<br><br>JOSEPH A WOODRUFF,<br>ESTATE OF KIMBERLY HELPER,<br>JOHN STEPHENS,<br>DANA MCLENDON,<br>EMILY LAYTON and<br>WILLIAMSON COUNTY CASA, INC.<br><br>Defendants | No. 3:2024-cv-00694<br>Judge Trauger<br>Magistrate Judge Evans<br>JURY DEMAND |

**PLAINTIFFS' FED. R. CIV. PROC. 30 NOTICE OF DEPOSITION**

**BY ORAL TESTIMONY - AMENDED**

Now comes the Plaintiff and gives notice of taking the oral testimony pursuant to Rule 30 of the following persons, at the following times and locations. The location may be modified prior to the date upon notice or agreement of the parties.

Monday, October 5, 2026 at 12:00 pm noon – Emily Layton

Tuesday, October 6, 2026 at 10:30 am - Tracy Barnes

Tuesday, October 6, 2026 at 1:00 pm - Lauren Roberts

Tuesday, October 6, 2026 at 3:00 pm - Marianne Schroer

Wednesday, October 7, 2026 at 11:30 am - Dana McLendon

Wednesday, October 7, 2026 at 2:00 pm - CASA Rule 30(b)(6) representative

Monday, October 12, 2026 at 1:00 pm - Joseph Woodruff[1]

Plaintiff has reserved the large hallway conference room at: 5214 Maryland Way, 4th Floor conference room, Brentwood, TN 37027, USA

The depositions will be by stenographer, audio, and visually recorded. Plaintiff will retain Stone & George, 2020 Fieldstone Pkwy, Franklin Tennessee, or another stenographer.

**PLAINTIFF'S RULE FED. R. CIV. P. 30(b)(6) NOTIFICATION:**

For purposes of this request, the term Layton affidavit refers to the affidavit of May 11, 2022 executed by Emily Layton that is the subject of this litigation. CASA refers to Williamson County CASA, Inc.

Plaintiff asks for production of the CASA representative who can answer those questions along with the following:

1. The name and contact information of any person who communicated to Emily Layton about her authority to prepare the affidavit and/or the financial information she included in the Layton affidavit, May 11, 2022; that person's role and authority related to financial transactions of CASA, and what information he/she provided to Layton.
2. Identify all the executive directors of CASA from January 1, 2014 through June 15, 2023. Giving the full name, period of service, job description, and duties.

[1] Plaintiff acknowledges DE 155 directs counsel to do this deposition at the same time and that Joseph A. Woodruff has a motion to stay pending. Plaintiff is willing to adjust this date to accommodate counsel so long as the deposition occurs before the discovery deadline or the deadline is extended.

3. Identify all the persons employed with, contracted with, or associated with CASA from January 1, 2014 through June 15, 2023 who held financial responsibilities with CASA to record incoming receipts, bookkeeping, tax accounting, tax reporting.
4. Identify and confirm the payments registered and recorded as miscellaneous income by CASA from September 1, 2014 until May 11, 2022 which was provided in response to the subpoena in State v. Connie Reguli, Case No. CR-220457, and provided in this case identified as CASA 0013 - 0020.
5. Authenticate the miscellaneous income record identified as CASA 0013 - 0020.
6. Authenticate the insurance policy identified as CASA_00018 - CASA_00098, including confirmation that said policy is the policy in effect for occurences described in the Complaint.
7. Identify and authenticate the CASA administrative procedures and/or policies for entry of receipts into any and all accounting systems used by Williamson County CASA, Inc. from September 14, 2014 through May 11, 2022, including authenticating the records provided in this case identified as CASA 0001 through CASA 0012. Identification will include confirming the date for authorization of CASA 0009 - CASA 0012; confirming that CASA 0001 - CASA 0008 was authorized and implemented in September 2022 as identified on the document; describing the procedures and policies for accounting entries from September 14, 2014 through May 11, 2022.
8. Describe and identify all communication any CASA representative or any counsel representing CASA or Layton had with prosecutors, District Attorneys K. Helper or J. Stephens, Joseph A. Woodruff, Dana McLendon or others regarding the affidavit of

Emily Layton, the 2022-2023 prosecution of Reguli (Case CR 220457) for aggravated perjury, or this matter at any time between April 29, 2022 and June 14, 2023.

9. Describe the day to day responsibilities of Emily Layton while employed by CASA.
10. Identify the responsibilities and duties of Emily Layton while employed by CASA directly related to the recording of receipt of funds to CASA.
11. The authority of Emily Layton to provide the information to Attorney Dana McLendon or Joseph A. Woodruff contained in the May 11, 2022 Emily Layton affidavit.
12. Describe in detail the relationship between any representative of CASA and Dana McLendon in or about April 2022 and describe his authority to act on behalf of Layton or CASA, including details of contractual relationship, payments, or other authority.
13. Identify the responsibilities and duties of Tracy Barnes during her employment or contracted services by CASA, including the date she commenced services, the date services ended, her authority to advise or instruct Emily Layton as executive director, and her responsibilities for posting accounts receivable.
14. To identify and produce any documentation of CASA from September 2014 through May 11, 2022 which shows communication with Reguli regarding the 2014 sanctions, which shall include any letters, emails, invoices, lawsuits, or other correspondence.
15. Provide a copy of any and all contracts, employments agreements, authorizations, resolutions executed by either by Layton or CASA representatives/board members/employees for the benefit of defining or extending authority to Layton for financial responsibilities including but not limited to receipting funds, making deposits, access to on-line donation portals, access to proceeds from fund raisers, receipt of donations or payments from third parties.

16. Identify all donations to CASA made by Joseph Woodruff and Sharon Guffee from 2014 through 2022, including donations made directly or through their campaign accounts. Confirm donations made by Joseph A. Woodruff through his judicial campaign to Williamson County CASA Inc. on or about April 2, 2014 for $1,000 and on March 27, 2014 for $500.
17. To identify and produce any contracts, memorandums of understanding, or other instruments (other than the insurance policy already provided) which would cover errors and omissions of officers, directors, or financial officers, and in particular the acts of Layton in preparing a false and materially misleading affidavit, the Layton affidavit.
18. To authenticate, confirm, explain entries, and admit to the genuineness of the IRS tax returns and financial statements provided to Defendants CASA's counsel by Plaintiff on or about July 3, 2026 in the Request for Admissions and identified as Exhibits 1 - 19. .
19. To authenticate, confirm, explain entries, and admit to the genuineness of IRS tax returns specifically as executed by Emily Layton for tax returns dates 2019 and 2020. (Exhibits 3 and 4 of the financial records provided on or about July 3, 2027 in the Request for Admissions) and in particular to confirm and authenticate the entries for "Accounts Receivable net" in Part X, Line 4.
20. To authenticate, confirm, explain entries, and admit to the genuineness of the "Network for Good" record provided by defendant CASA in discovery identified as CASA_00015 - CASA_00017. Including identifying the user "2931437" and the source of information entered as "1620 Westgate Cir, Ste. 150, Brentwood, TN 37027-8035".
21. To identify and describe the "Groups" on the Network for Good record and describe how Plaintiff would be associated with these "Groups". See CASA_00015-CASA_00017,

2020 Virtual Voices Donors, 2021 End of Year Donors, 2021 Virtual Voices, 2021 Virtual Voices 2021, 2021 Virtual Voices VIP Ticket Purchasers, Advocates (August 2022), Current Board Member, End of Year 2020 potential donors, and Former Board Member.

22. Describe the detail of all facts, documents, communication, or otherwise that any CASA representative would rely on to attest that on May 11, 2022, Emily Layton had personal knowledge of the statements in the affidavit and that any representative of CASA had sufficient and detailed records on May 11, 2022 to prove that Reguli did not pay the 2014 sanction.

23. Describe and detail all communication among, to, or from, CASA representatives regarding "Connie Reguli" between September 14, 2014 and June 14, 2023.

24. Describe in detail or produce and provide the contract for employment and all invoices and billing entries with the law firm Bradley Arant Boult Cummings LLP and any and all of its attorneys or staff in 2022 and 2023 regarding the state court criminal matter, State v. Connie Reguli, CASE CR 220457.

/s/Connie Reguli

Connie Reguli, Plaintiff pro se
8009 Shelly Plum Drive
Murfreesboro, TN 37128
615 478 8333

Certificate of Service

The undersigned certifies that the foregoing was served on September 21, 2026 by FIRST CLASS MAIL upon:

Dana C. McLendon III
2020 Fieldstone Parkway
Suite 900-217
Franklin TN 37069
(615) 310-3195 phone/text
(615) 807-3790 fax
dana@danamclendonlaw.com
*Pro Se*

Ben Barker
Zachary L. Barker
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville TN 37202-0207
Zachary.Barker@ag.tn.gov
*Attorney for Joseph A. Woodruff*

Charles Frederick Spainhour
Michael J. Stephens
BRADLEY ARANT BOULT CUMMINGS LLPS
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 252-3814
fspainhour@bradley.com
mstephens@bradley.com
*Attorneys for Williamson County CASA, Inc. and Emily Layton*

*/s/ Connie Reguli*