UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE REGULI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. WOODRUFF, et al.,<br><br>Defendants. | Case No. 3:24-cv-00694<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

**MEMORANDUM ORDER**

Defendant Williamson County CASA, Inc. has filed a motion (Doc. No. 200) to replace the unredacted exhibit currently appearing in the docket at Doc. No. 195-1 with a redacted version attached to the motion as Doc. No. 200-1. The motion is GRANTED. The Clerk of the Court is DIRECTED to replace the current unredacted version of Doc. No. 195-1 with a copy of the redacted version that appears at Doc. No. 200-1.

Plaintiff has filed a motion for a finding of contempt and for sanctions against defendant Williamson County CASA, Inc. for filing the unredacted exhibit described above. (Doc. No. 199.) "A party that seeks civil contempt sanctions must demonstrate by clear and convincing evidence that the opposing party knowingly violated a definite and specific order of the court." *Gascho v. Glob. Fitness Holdings, LLC*, 875 F.3d 795, 800 (6th Cir. 2017) (internal quotation marks and citation omitted). The most important factor in plaintiff's motion is her concession (Doc. No. 199 at 3) that she did not mark the document in question as confidential under the protocol established in the protective order (Doc. No. 183) for this case. In that context, the Court cannot conclude that defendant knowingly violated a definite and specific provision of the protective order. Additionally, the docket shows that plaintiff filed her motion at 2:16 PM on October 13, 2026,

while defendant filed its motion to strike a few hours later at 6:21 PM. Defendant's prompt filing supports a conclusion that it acted in good faith to correct an inadvertent disclosure. *Cf. Unknown Party v. Google LLC*, No. 1:23-CV-223, 2023 WL 12184882, at *1 (W.D. Mich. Apr. 13, 2023) (contempt not appropriate, where parties worked with the court to correct the filing of an unredacted exhibit within a few days). Sanctions and a finding of contempt would not be warranted under the circumstances.

Plaintiff's motion (Doc. No. 199), therefore, is DENIED.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge